IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Scott B. Sullivan )
)
7214 W 71st Terrace )
)
Overland Park, KS 66204 )
(Enter above the full name of the Plaintiff(s) )
)
vs. ) Case Number_____
)
The Hartford et. Al. )
Name )
ONE HARTFORD PLAZA )
Street and number )
HARTFORD, CT, 06155 )
City       State       ZipCode )

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

**CIVIL COMPLAINT**

I.  Parties to this civil action:

   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

   A.   Name of plaintiff Scott B. Sullivan

        Address 7214 W 71st Terrace

        Overland Park, KS 66204

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant <u>1) THE HARTFORD FINANCIAL SERVICES GROUP, INC.</u> is employed at <u>c/o C T CORPORATION SYSTEM</u>

<u>67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408</u>

C. Additional Defendants <u>Carol Morris - Claims Supervisor at The Hartford</u>

<u>Address Unknown</u>

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:
1. Plaintiff is a citizen of the State of <u>Kansas</u>.
2. The first-named defendant above is either
   a. a citizen of the State of _____; or
   b. a corporation incorporated under the laws of the State of <u>Connecticut</u> and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either
   a. a citizen of the State of <u>Kansas</u>; or
   b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.  (If applicable)  Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

[✓] 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title __18__, Section __1961__.

[ ] 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

[ ] 3. Other grounds (specify and state any statute which gives rise to such grounds):

Civil Rights Sections 1981 - 1988

III.  Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

I was injured at work on an OnForce work order on 1/09/2012. OnForce did not

buy work comp insurance; but charged a fee for work comp coverage to I/Cs.

From the time of my injury, OnForce breached all contracts to provide benefits;

and conspired with The Hartford, Twin Cities Fire Insurance, Berkshire Hathawa

and others to interfere with contracts for health care and insurance; and obstruct

IV.  Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

3

I am seeking $750,000 in lost earnings, punitive damages, plus future medical for breach of contract, interference with health care and insurance contracts, witness intimidation, wire and mail fraud, obstruction of justice (RICO)

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [X]   No [ ]

VII. Do you claim punitive monetary damages?   Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$2.1 million is damages and penalties for frauds, racketeering predicate acts KCPA, and civil rights violations et. al. I have been left without medical care for ten years; and relentlessly abused in litigation directed by The Hartford and Berkshire Hathaway by and through multiple agents, employees and subsidiary and coconspirators including health care providers chosen by The Hartford's claims adjusters and attorneys; and others incited to retaliation by the same

VIII. Administrative Procedures:

    A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes [X]   No [ ]

    B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

These claims were raised in my workers compensation case; and the

Kansas Department of Labor and Insurance Commission both denied

jurisdiction due to the allegedly illegal nature of the insurance contracts

    C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

IX. Related Litigation:

Please mark the statement that pertains to this case:

[✓] This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

[ ] Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Scott B. Sullivan
Name (Print or Type)

7214 W 71st Ter, Overland Park, KS
Address

Overland Park, KS 66204
City            State            Zip Code

(913) 636-8271
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,   ☒ Kansas City, or   ☐ Topeka }, Kansas as the
(Select One)
location for the trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or   ☐ No }
(Select One)

*[signature]*
Signature of Plaintiff

Dated: 11/28/2022
(Rev. 10/15)