UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Scott B. Sullivan,
        Plaintiff,

v.                                            Civil Action No. 22-CV-02491-SRB
                                              Joint Motion to Dismiss

The Hartford Financial Services
Group, Inc. et al.,
        Defendants.

**JOINT MOTION OF DEFENDANT KENNETH HURSH IN HIS OFFICIAL CAPACITY AND DEFENDANT JERRY SHELOR IN HIS OFFICIAL CAPACITY AS EMPLOYEES OF THE KANSAS DEPARTMENT OF LABOR TO DISMISS**

COMES NOW the Defendant Kenneth Hursh and Defendant Jerry Shelor, by and through counsel, and move this Honorable Court pursuant to F.R.Civ.P. 12(b)(1), (2), (5), and (6), for an order dismissing Plaintiff's petition against Defendants Kenneth Hursh and Jerry Shelor. In support thereof, counsel states as follows:

1. The State of Kansas is a sovereign state. (An Act for the Admission of Kansas into the Union. C.L. 1862, ch. 6, 1862).

2. The Eleventh Amendment of the United States Constitution guarantees the State of Kansas inherent sovereign immunity to be free from suits for monetary damages from citizens of other states and its own citizens.

3. The State of Kansas has not and does not waive its sovereign immunity as guaranteed by the Eleventh Amendment.

4. Defendant Kenneth Hursh is an Administrative Law Judge (ALJ) for the for the Division of Workers Compensation (DWC) of the Kansas Department of Labor (KDOL) and is an employee of the State of Kansas.

5. Defendant Jerry Shelor is a Special Administrative Law Judge (SALJ) for the DWC of the KDOL and is an employee of the State of Kansas as contemplated by K.S.A. 75-6102(d)(1) of the Kansas Tort Claims Act (KTCA), K.S.A. 75-6101 *et seq*.

6. At all times relevant, Defendant Hursh was acting in his respective official capacity as an ALJ for the DWC.

7. At all times relevant, Defendant Jerry Shelor was acting in his respective official capacity as a SALJ the DWC.

8. Plaintiff bases his claims upon facts that occurred within the course of litigation before the DWC on Plaintiff's workers compensation claim, so Defendant Kenneth Hursh and Defendant Jerry Shelor are entitled to absolute and qualified immunity.

9. The Court lacks subject matter jurisdiction. *Fed.R.Civ.P 12(b)(1)*.

10. One or more of Plaintiff's claims are barred by the applicable statutes of limitations.

11. The Court lacks personal jurisdiction over Defendant Hursh.

12. The Court lacks personal jurisdiction over Defendant Shelor.

13. Plaintiff has failed to state a claim for which relief may be granted. *Fed.R.Civ.P. 12(b)(6)*.

14. Plaintiff has failed to obtain sufficient service of process on Defendant Hursh. *Fed.R.Civ.P. 12(b)(5)*.

15. Plaintiff has failed to obtain sufficient service of process on Defendant Shelor. *Fed.R.Civ.P. 12(b)(5)*.

16. Defendants incorporate the arguments and authorities contained in its memorandum of law filed contemporaneously herewith as though fully set forth herein.

WHEREFORE, Defendant Kansas Department of Labor moves this Court for an order dismissing Plaintiff's complaint and amended complaint against Defendant Kenneth Hursh and Defendant Jerry Shelor, their costs in this action, and such further relief as the Court deems just, fair, and equitable.

                Respectfully submitted,

                /s/ Heather Wilke
                Heather Wilke #19926
                Martin Walter #17653
                Special Assistants Attorney General
                Kansas Department of Labor
                401 SW Topeka Blvd.
                Topeka, KS 66603-3182
                Phone: (785) 581-7430
                Fax:    (785) 296-0196
                Email: Heather.Wilke@ks.gov
                Attorneys for Defendants Kenneth
                Hursh and Jerry Shelorr

CERTIFICATE OF FILING AND SERVICE

I certify that on March 21, 2023, I electronically filed the foregoing Joint Motion of Defendant Kenneth Hursh in His Official Capacity and Defendant Jerry Shelor in His Official Capacity as Employees of the Kansas Department Of Labor to Dismiss and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document(s) was  to the person(s) listed below:

Twin Cities Fire Insurance Company
One Hartford Plaza
Hartford, CT  06155-0001
Defendant

Johnson County Imaging Center LLC
C/O Spenserv Inc
6201 College Blvd., Ste. 500
Overland Park, KS 66211-2435
Defendant

Carol Morris In Her Official Capacity
C/O The Hartford
One Hartford Plaza
Hartford, CT 06155-0001
Defendant

Melinda Young
Melinda Young Law LLC
1 E 30th Ave.
Hutchinson, KS 67502-2405
Defendant

Premier Spine Care
Resident Agent John M Ciccarelli
Po Box 26250
Overland Park, KS 66210-6250
Defendant

Matthew L. Bretz
2500 Hawthorne Ln.
Hutchinson, KS 67502-9286
Defendant

Dr. John Ciccarelli
7900 College Ave., Ste 137
Overland Park, KS 66210-2194
Defendant

Bretz & Young LLC
C/O Matthew L. Bretz
2500 Hawthorne Ln.
Hutchinson, KS 67502-9286
Defendant

Dr. Stephen Nolker
1315 Hospital Dr.
Saint Johnsbury, VT 05819-9210
Defendant

Tim Elliot
9028 W. 114th St.
Overland Park, KS 66210-1763
Defendant

Dr. David J Clymer
17067 S Outer Rd Ste 301
Belton, MO 64012-2155
Defendant

The Tim Elliot Law Firm
C/O Tim Elliot
9028 W. 114th St
Overland Park, KS 66210-1763
Defendant

Gregory Goheen
Mcanany Vancleave, et al,
10 E Cambridge Circle Dr., Ste. 300
Kansas City, KS 66103-1342
Defendant

Deryl William Wynn
11110 Parkview Ave # 3
Kansas City KS 66109-3458
Defendant

United States District Court
For The District Of Kansas
Robert J. Dole Courthouse
500 State Ave.
Kansas City KS 66101-2448
Defendant

Senior Judge Honorable Kathryn H Vratil
United States District Court
500 State Ave., Rm. 529
Kansas City, KS 66101-2400
Defendant

Magistrate Judge Angel D. Mitchell
United States District Court
500 State Ave., Rm. 219
Kansas City KS 66101-2400
Defendant

Honorable Paul C. Gurney
Paul C. Gurney
12800 Glenfield Rd.
Leawood KS 66209-1743
Defendant

/s/ Heather Wilke
Heather Wilke #19926
KDOL Staff Attorney
Special Assistant Attorney General
Kansas Department of Labor