# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SCOTT B. SULLIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 22-CV-02491-SRB |
| | ) |
| THE HARTFORD FINANCIAL SERVICES | ) |
| GROUP, INC., et al, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO STAY

Defendants Mike Fiske, Concentra, Dr. Tegumsen Wakwaya, Dr. Edward Prostic, Melinda Young, Matthew Bretz, "Law Firm of Bretz & Young," Tim Elliott, Tim Elliott Law Firm, Darryl Wynn, Jodi Fox, Hon. Kenneth Hursh, Hon. Jerry Shelor, Hon. Paul Gurney, Hon. Lee Johnson, Hon. Kevin Moriarty, Hon. Lawton Nuss, McAnany, Van Cleave & Phillips, Zeke Delgado, Laduska Anne Haney, John M. Graham, Jr., Steven G. Piland, and The Steven G. Piland Law Firm (collectively, "Defendants") respectfully request that this Court stay discovery and all pre-trial deadlines until Plaintiff files his Amended Complaint and all motions to dismiss that Amended Complaint have been ruled upon.[1]

For the reasons stated more fully in the Memorandum in Support being filed concurrently with this Motion to Stay, the Court should stay discovery because: (1) the motions to dismiss will likely dispose of (or radically limit) Plaintiff's claims; (2) discovery will not affect resolution of the motions to dismiss because they are based on undisputed facts and legal principles; and (3) allowing discovery would be burdensome and wasteful because it will likely lead to extensive

---

[1] Defendants consulted with counsel for the defendants not named herein, and those defendants support the relief requested.

1

written discovery and document productions relevant to claims that may no longer exist and against defendants that may no longer be parties. *See Wolf v. United States*, 157 F.R.D. 494, 495 (D. Kan. 1994) (outlining three factors that support staying discovery when motions to dismiss are pending); *see Farr v. United States Gov't*, No. 22-2476-DDC-GEB, 2023 WL 34440, at *3 (D. Kan. Jan. 4, 2023) (applying the *Wolf* factors to stay discovery); *see Couser v. Somers*, No. 18-1221-JWB-GEB, 2019 WL 802038, at *4 (D. Kan. Feb. 21, 2019) (same).

Thus, Defendants respectfully request that this Court enter an order:

(1) staying all pre-trial deadlines until after Plaintiff's Amended Complaint is filed and the Court resolves all motions to dismiss filed in response to the Amended Complaint;

(2) staying all discovery and related deadlines, including initial disclosures, until after Plaintiff's Amended Complaint is filed and the Court resolves all motions to dismiss filed in response to the Amended Complaint.

Defendants have conferred with Plaintiff, and Plaintiff indicated that he opposes a stay but would agree to an extension of the deadline to set a scheduling order.

Dated: May 8, 2023                                              Respectfully submitted,

                                                                              */s/ Tyler J. Scott*
                                                                              Tyler J. Scott, KS #24940
                                                                              Jacob N. Reinig, D. KS #78888
                                                                              4801 Main Street, Suite 1000
                                                                              Kansas City, MO  64112
                                                                              Telephone:  816-983-8000
                                                                              Facsimile:   816-983-8080
                                                                              tyler.scott@huschblackwell.com
                                                                              jake.reinig@huschblackwell.com

*Attorneys for Defendants John Graham, Steven Piland, Steven G. Piland Law Firm, Zeke Delgado, and Laduska Haney*

/s/ *John F. Doyle*
R. Evan Jarrold, KS Bar No. 25811
John F. Doyle, KS Bar No. 26650
Constangy, Brooks, Smith & Prophete, LLP
1201 Walnut Street, Suite 2350
Kansas City, Missouri 64106
Telephone: (816) 472-6400
Facsimile: (816) 472-6401
ejarrold@constangy.com
jfdoyle@constangy.com

*Attorneys for Defendant Mike Fiske*

BY: /s/ *David M. Tyrrell*
DAVID M. TYRRELL, #23600
SCOTT K. LOGAN, #10465
8340 Mission Road, Suite 106
Prairie Village, KS 66206
Ph - (913) 381-1121
Fax - (913) 381-6546
dtyrrell@loganlaw.com
slogan@loganlaw.com

*Attorneys for Defendants Dr. Temesgen Wakwaya and Concentra*

BY: /s/ *M. Bradley Watson*
M. BRADLEY WATSON, #12149
JOHN F. LOGAN, #28105
8340 Mission Road, Suite 106
Prairie Village, KS 66206
Ph - (913) 381-1121
Fax - (913) 381-6546
bwatson@loganlaw.com
jlogan@loganlaw.com

*Attorneys for Defendant Edward J. Prostic, M.D.*

SANDERS WARREN & RUSSELL LLP

/s/ *Julian Bailey*
Bradley S. Russell, KS #13734
Julian Bailey, KS# 29478
11225 College Boulevard, Suite 450
Overland Park, Kansas 66210
Telephone: (913) 234-6100
Facsimile: (913) 234-6199
b.russell@swrllp.com
j.bailey@swrllp.com

***Attorneys for Defendants Melinda G. Young, Matthew L. Bretz, and Bretz & Young, LLC***

Hinkle Law Firm, LLC
8711 Penrose Lane, Suite 400
Lenexa, Kansas 66219
913-345-9205/Fax: 913-345-4832

By: /s/ *Mark E. McFarland*
Mark E. McFarland, #14138
mmcfarland@hinklaw.com

***Attorneys for Defendants Elliott Law Firm, LLC and Tim Elliott***

/s/ *Joseph A. Kronawitter*
Timothy M. Aylward KS # 70538
Joseph A. Kronawitter KS # 19665
Horn Aylward & Bandy, LLC
2600 Grand Boulevard, Suite 1100
Kansas City, Missouri 64108
Telephone: (816) 421-0700
Facsimile: (816) 421-0899
taylward@hab-law.com
jkronawitter@hab-law.com

***Attorneys for Defendants McAnany Van Cleave & Phillips, P.A., Jodi Fox, and Deryl Wynn***

/s/ *Heather Wilke*
Heather Wilke #19926
Martin Walter #17653

Special Assistants Attorney General
Kansas Department of Labor
401 SW Topeka Blvd.
Topeka, KS 66603-3182
Phone: (785) 581-7430
Fax: (785) 296-0196
Email: Heather.Wilke@ks.gov

***Attorneys for Defendants Kenneth Hursh and Jerry Shelorr***

**Fisher, Patterson, Sayler & Smith, LLP**
3550 S.W. 5th Street Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com | spigg@fpsslaw.com | cmoe@fpsslaw.com

/s/ *J. Steven Pigg*
J. Steven Pigg #09213
David R. Cooper #16690
Crystal B. Moe #29168

***Attorneys for Defendants Nuss, Johnson, Gurney and Moriarty***

5

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2023, the above and foregoing was presented to the Clerk of the Court for filing by using the CM/ECF system which will send notice of electronic filing to counsel of record. The undersigned further certifies that a copy of the above and foregoing was also forwarded via U.S. mail to:

Scott B. Sullivan
7214 W. 71st Terrace
Overland Park, KS 66204

**PRO SE PLAINTIFF**

/s/ *Tyler J. Scott*