# IN THE UNITED STATES DISTRICT COURT
# OF KANSAS

| | |
|---|---|
| SCOTT B. SULLIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 22-CV-02491-SRB |
| v. | ) |
| | ) |
| THE HARTFORD FINANCIAL SERVICES | ) |
| GROUP, INC. et al., | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

Before the Court is Defendant Nebraska Furniture Mart, Inc.'s Unopposed Motion to Stay (Doc. #156) and a Motion to Stay. (Doc. #152.) Upon review, both motions are GRANTED. It is hereby ORDERED that all pre-trial deadlines, discovery, and related deadlines including initial disclosures are STAYED until after Plaintiff's Amended Complaint is filed and the Court resolves all motions to dismiss filed in response to the Amended Complaint. The scheduling conference set for May 18, 2023, is now CANCELED. This scheduling conference will be reset if necessary. This order to stay applies to all parties in this case. **IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: May 10, 2023