IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Scott B. Sullivan                                )
                                                 )
7214 W 71st Terrace                              )
                                                 )
Overland Park, KS 66204                          )
(Enter above the full name of the Plaintiff(s)   )
                                                 )
vs.                                              )      Case Number  2:22-CV-02491-SRB
                                                 )
The Hartford et. Al.                             )
Name                                             )
ONE HARTFORD PLAZA                               )
Street and number                               )
HARTFORD, CT, 06155                              )
City            State            ZipCode         )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).            AMENDED
                         CIVIL COMPLAINT

I.      Parties to this civil action:

        (In item A below, place your name in the first blank and place your present address in the
        second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

        A.      Name of plaintiff Scott B. Sullivan

                Address 7214 W 71st Terrace

                Overland Park, KS 66204

                _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.     Defendant 1) THE HARTFORD FINANCIAL SERVICES GROUP, INC.     is

employed at c/o C T CORPORATION SYSTEM

67 BURNSIDE AVE, EAST HARTFORD, CT, 06108-3408

C.     Additional Defendants Carol Morris - Claims Supervisor at The Hartford

Address Unknown

II.     Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

    1.     Plaintiff is a citizen of the State of _____ Kansas _____ .

    2.     The first-named defendant above is either

        a.     a citizen of the State of _____ ; or

        b.     a corporation incorporated under the laws of the State of

        ____ Connecticut ____ and having its principal place of business

        in a State other than the State of which plaintiff is a citizen.

    3. The second-named defendant above is either

        a.     a citizen of the State of _____ Kansas _____ ; or

        b.     a corporation incorporated under the laws of the State of

        _____ and having its principal place of business in a

        State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.   (If applicable)   Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☑ 1.   This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title__18__, Section__1961__.

☐ 2.   This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.   Other grounds (specify and state any statute which gives rise to such grounds):

Civil Rights Sections 1981 - 1988

_____

_____

_____

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.   State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).   Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

I was injured at work on an OnForce work order on 1/09/2012. OnForce did not

buy work comp insurance; but charged a fee for work comp coverage to I/Cs.

From the time of my injury, OnForce breached all contracts to provide benefits;

and conspired with The Hartford, Twin Cities Fire Insurance, Berkshire Hathawa

and others to interfere with contracts for health care and insurance; and obstruct

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make legal arguments.)

I am seeking $750,000 in lost earnings, punitive damages, plus future medical

for breach of contract, interference with health care and insurance contracts,

witness intimidation, wire and mail fraud, obstruction of justice (RICO)

V.      Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒     No ☐

VI.     Do you claim actual damages for the acts alleged in your complaint?
        Yes ☒      No ☐

VII.    Do you claim punitive monetary damages?   Yes ☒    No ☐


If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$2.1 million is damages and penalties for frauds,  racketeering predicate acts

 KCPA, and civil rights violations et. al. I have been left without medical care

for ten years; and relentlessly abused in litigation directed by The Hartford and

Berkshire Hathaway by and through multiple agents, employees and subsidiary

and coconspirators including health care providers chosen by The Hartford's

claims adjusters and attorneys; and others incited to retaliation by the same

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [X]   No [ ]

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

These claims were raised in my workers compensation case; and the

Kansas Department of Labor and Insurance Commission both denied

jurisdiction due to the allegedly illegal nature of the insurance contracts

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.    Related Litigation:

Please mark the statement that pertains to this case:

[✓]    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

[ ]    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_____
Signature of Plaintiff

Scott B. Sullivan
_____
Name (Print or Type)

7214 W 71st Ter, Overland Park, KS
_____
Address

Overland Park, KS 66204
_____
City            State          Zip Code

(913) 636-8271
_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,  ☒ Kansas City , or  ☐ Topeka} , Kansas as the
(Select One)
location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury {  ☒ Yes or  ☐ No  }
(Select One)

_____
Signature of Plaintiff

Dated: _11/28/2022_
  (Rev. 10/15)

# INTRODUCTION

There is too much litigation and not enough money in the budgets. I understand that. But I will never be able to recover from what these people are doing to me without surgery; and there is no possible way that I will ever be able to get that surgery without THESE judgments.

I am not employable; nor will I ever be without that surgery.

And the defendants and the court and even lay people and doctors can dispute that; but a court of law is the only place in the world where I can force them to look at the evidence before they judge me; and where I can get an impartial jury of people who do not have money at stake in this case to judge me.

The defendants are the only ones to judge me to date; and not a single one of them wants me to get medical care. They can continue to defraud me simply by lying; and they will never pay any consequences. I pay all the consequences with my life.

But the moment that they ALLOW me to have medical treatment, it is an implicit admission that I needed surgery the whole time, and they have been torturing me for more than a decade to cover up their crimes, or even just their mistakes. But if they made negligent mistakes ten years ago, they should have stopped covering them up ten years ago; because the cover up was infinitely worse than the original crimes.

1

A trillion dollar insurance company could have paid for one surgery eleven years ago and none of this would have ever been necessary. Collectively they probably even spent more money on litigation abuse to defend their crimes than the surgery might have cost them to begin with.

It was not efficient to breach these contracts; but it was an entire decade of physical and psychological torture that has left me as crippled and hopeless and frankly useless as I am sitting here today.

The last three months have been additionally traumatic with the death of my mother and the discovery of just how far my brother and sister had gone in furtherance of their portion of these frauds.

Then I had my second worst flare up to date; which this time led to a terrifying but predicted consequence.  Even though the CT scan clearly shows the advancing damage from the herniated discs and Tarlov Cysts as proven below; the radiogist ignored both the Tarlov Cysts and the herniated discs in his written report, causing the attending physician and mental health counselor to conclude that there is nothing at all that explains my symptoms, and I am severely delusional and a danger to myself; so I was held for a psychiatric evaluation, threatened with physical violence, injected with anti-pyschotics over my objections and under direct threat of physical assault…and right there on the brand new CT scan is clear

physical evidence of the damage to my spine, including significant erosion of the sacral bone which will inevitably lead to a fracture if I survive long enough for the bone to thin even more. I will fall down. I will be hurt even worse. But every time I I go to the doctor the physical damage to my spine is worse; but they declare that my mental illness is what's worse.

By the time I was released I was still so shaken up by the entire experience that I considered filing another motion for an extension of time, but I was shaking so badly and terrified to even have the conversations with these lawyers or the court; so I decided to just try to do what I could do; and it is terrible. The worst thing I've written yet.

And it is sstill long. And it is still incomplete. And opposing counsel will all argue that anything that I did not complete is waived "willingly" and that I willfully violated the court's orders to limit my pleading to 40 pages.

I already knew that 40 pages was not possible with the complexity of these claims and the large number of fraud claims which demand particularity; but I honestly hoped to write something close to perfect given three months to try; and every single day every single thing was so far from perfect that there were literally only random paragraphs that even expressed a single coherent thought.

So now I have to die because of what these people did to me, because they did it so professionally that there was never any chance that I would ever survive it. It was always just a question of how slow and how painful will my death be. There's nothing at all, nothing in the whole world, that I can do to fix this on my own. And that includes there is no amount of trying which will ever make me capable of writing these claims against these people under these circumstances.

I'm in too much pain and several of them directly conspired to threaten to have me murdered if I did not drop these claims. I was already terrified of them just because of their abusiveness and lies before the escalated to threats of murder.

The only thing my trying proved was that it is literally impossible for me.

But there are a few things I want to add up front to try to explain things better.

One is a diagram that I drafted documenting the complexity and interrelationships between the defendants.

It was always clear, I believe that all of these defendants would be joined in one action; and since I could not complete even one amended pleading I will file it in both cases with the proper motions for joinder to come. The "Graham et. Al. case" was always intended as a supplement to the first filed Hartford case; but because of timing and my escalating disabilities and the escalating complexity of the claims I was not able to get it filed as an amended petition adding defendants before the

4

Hartford claims were dismissed. So I filed I on August 12th, 2022 (I expected to file it on the 11th due to a sttutes of limitations issue; but my internet was down and I didn't notice it until I woke up again at 1: 30 am on the 12th. But that one had to be filed by that day to cover the events of August 11th, 2014 through August 13th 2014 beginning with the OnForce sale to Adecco and ending with Administrative Law Judge Kenneth Hursh kicking me as I rolled past him exiting the building; then filing a false police report alleging that I had swung my wheelchair into his. The entire incident was audio recorded by me; and video recorded by the ANB Bank Building security cameras, but that footage was "unavailable" when the Lenexa, KS PD requested it from them.

The assault by Kenneth Hursh was not only an assault wrongful enough in its own right; but was the absolute final nail in the coffin of me ever being able to get a workers compensation lawyer to take my case. No one was going to take the case of the man who was kicked by ALJ Hursh; and it didn't matter what was on those recordings. No lawyer was going to take the case of the workers compensation claimant ho was kicked by his judge to cover up a massive and complex insurance fraud enterprise involving all of the largest work comp insurers in the nation at one point in time: The Hartford, Berkshire Hathaway, The Travelers, CAN all insured these fraudulent practices, and all except for Berkshire Hathaway (via Wessco) cancelled OnForce's insurance when they got their first injury report or claim.

5

EVERYBODY knew this was fraud, but they were all still going to punish me for reporting it anyway.

I asked the court to punish them for NOT reporting it when they knew it was fraud; because I have been tortured for eleven years to cover this up; and I will undeniably die a premature and wrongful death because of being completely disenfranchised from medical care for the past eleven years.

And as I've tried to explain;; I mean 'disenfranchised" in the literal sense of having my rights taken away. It's not that I cannot get ANY medical care. They will take my temperature and call me a schizophrenic. But they can never ever diagnose me properly admit my disabilities and offer to cure me at any price; because that would require admitting that they were defrauding and torturing me for the past ten years.

Once you know what a herniated disc and a Tarlov Cyst look like on an MRI; there is no possible way to deny that my disabilities are real, other than to simply outright lie about what you see on my MRI and CT images.and to somehow ensure that every other doctor lies too; or at least enough of them within your control to plausibly create a series of medical recods so polluted with lies as is mine that even when an honest doctor wants to help me they can't; because they can't get anything approved by insurance; and the care that I need is only available in Texas, California, and Maryland, and only by experts who will not take any case involved

with litigation; because they do not have the time to spare for testimony when they are so overwhelmed saving as many lives as they can.

Yes…I understand everyone's point of view. But none of them will acknowledge the truth, and I will die from that prematurely soon.

The other thing is I want to try to find and copy and paste my description of the various enterprises and conspiracies; because I do think that it is the keymisunderstanding and misinterpretation of the facts, my pleadings, and of the law.

Then I'm just going to file this horrible thing like it is and try to endure the pain for as long as I can until I find some way, any way, to get the justice and the medical care that I need.

You just can't leave it up to me. I am not capable of protecting myself against organized professional predatory tactics such as these. I never was. No one is.

---

Peter Cannone

Exhibit 4 is entitled "Enterprises and Conspiracies" and is intended to visualize the inter-relationships between the defendants. (Note: this is an incomplete draft, and

not meant to limit the claims or defendants. For example, in some instances I only had room for the person, and not the company for whom they work. In others, like with Merle Parks, I just now remembered to add him for his role in the NFM case in December of 2015. It was a small but pivotal role. But there is an issue raised by defendants' counsel that needs to be explicitly addressed, and this is the only way I can think to address it with my current limitations.)

I need to make clear that every allegation of conspiracy and conduct of an enterprise is supplementary to the allegations of individual wrongdoing by each defendant. I am not alleging one giant conspiracy, and only one giant conspiracy. I recognize the possibility of parallel action; but parallel action is not the reasonable inference when a hundred people are committing the same or nearly identical crimes.

And I am specifically alleging multiple enterprises, multiple enterprises of fact, multiple conspiracies which interlock via common participants; thus constituting both direct and indirect conspiracies. If person A conspires with person B, and person B conspires with person C; then person A and person C are indirect coconspirators; and share liability for their interconnected crimes or violations.

All of the events of all of my cases arise as a result of a work-place accident which occurred on January 9th, 2012 at the Talbot's store at Oak Park Mall, in Overland Park, KS.

Not all of the defendants were directly conspiring in advance of my injury against me, Scott B. Sullivan. But most of them were involved in ongoing conspiracies and racketeering against injured workers, people with Tarlov Cyst Disease, and indigent generally, but most specifically those who are "medically indigent" and "legally indigent."

The term "medically indigent" I have borrowed from K.S.A. 76-3302. The term "legally indigent" I have coined to represent people such as myself who cannot afford legal counsel and who cannot attract contingency or pro bono counsel due to the nature and complexity of our cases.

Every person with Tarlov Cyst Disease has a case of a nature too complex to attract legal counsel; because there are no experts to testify in 47 out of 50 states. (If there are experts, they are impossible to locate because no one advertises that they treat Tarlov Cysts; and doctors don't tell you until after they've misdiagnosed you for a decade that you have Tarlov Cysts or refer you to a specialist. The current state of availability of medical care in Kansas for people with Tarlov Cyst Disease is (by defendant in my previous cases): KU – tells patients to go to Texas

and see Dr. Feigenbaum, even to order an MRI. This is presuming they tell a

patient anything at all if the patient does not already know they have Tarlov Cysts.

HCA – tells patients to go to Texas and see Dr. Feigenbaum, even to order an MRI.

Then, hypocritically acknowledges that Dr. Feigenbaum will not see you without

an MRI less than six months old. AdventHealth declares you delusional, and

injects you with anti-psychotic medications against your protest and without any

valid mental health diagnosis; while concealing the fact that the CT just taken not

only shows the presence of the cysts, but extensive erosion of the sacral bone,

which  puts me at risk of imminent sacral fracture from even a relatively minor

fall.

I have not been back to St. Luke's since they fired Dr. Steven Nolker for taking me

as a patient, even though I had an open work comp claim. But their practice of

"firing patients" and even firing a doctor for taking a work comp patient is still an

integral, if old, and critical element of my overall rights to relief.

Hence, the alleged conspiracies regarding Tarlov Cyst Disease are distinct but

inter-related to the claims regarding my work-place injury and OnForce's illegal

insurance and cover ups. But those claims exist as to each and every health care

provider, including both health care organizations and individual doctors, mental

health providers, and even administrative staff and corporate and executive

policies. And those claims exist both as individual claims, as claims involving

10

conspiracies, and as ongoing fraudulent and obstructive practices of the health care enterprises for whom the defendant doctors are employed (or contracted. The nature of their employment or contracts can only be known through discovery.)

At the time of my work-related injury, I was not an employee of Talbot's. I was under a contract with a company called Agilisys to remove all of the cash registers and computer and network hardware from the Talbot's and package it for shipping. ( Agilisys, 1000 Windward Concourse, Suite 250 Alpharetta, GA 30005 Telephone: 877-369-6208   ).

My contract with Agilisys was facilitated through the OnForce.com website. I paid OnForce.com 10% of the value of each work order for the use of their software platform to manage contracts with service buyers. Service buyers paid OnForce.com a fee of 10% for the use of their software platform to manage contracts with service providers such as myself. Additionally, I paid a total of 4.7% in fees to OnForce to be covered by their corporate insurance policies for workers compensation, errors and omissions, and general liability. (See Exhibit 1 – OnForce Insurance FAQs).

This is why everything started with the OnForce Enterprise and Conspiracies.

The fees for use of the OnForce platform were separate from the fees for coverage under the OnForce corporate insurance policies; but at every request for the past

eleven years, OnForce has refused to provide evidence of insurance coverage or copies of any contracts regarding my "purchase" of insurance coverage from OnForce. No court has yet ruled as to the terms of such contracts or whether they actually could confer jurisdiction on the Kansas workers compensation courts. No documentation of the OnForce Insurance Fees exists other than this description in the FAQs and other similar marketing materials, such as those produced by Peter Cannone himself.

It is alleged that the OnForce insurance fees were not in fact insurance of any legally cognizable variety; but were, at all times merely interstate wire and mail fraud in furtherance of racketeering.

The "OnForce Insurance Enterprise" is represented by the green triangle connecting OnForce (subsequently, Adecco, and then WorkMarket) with "The Hartford" (which is used herein as a global identifier for all Hartford Financial Services Group subsidiaries, which work together regularly in underwriting, adjusting, and defending against singular insurance claims), Berkshire Hathaway, and United States Liability Insurance.

These names/identifiers are used because at the time of the contracts (Exhibit 1) and injury at issue in this case, those were the only names provided by OnForce to identify their partners in these allegedly illegal insurance offerings.

OnForce identified their underwriters solely as "The Hartford", and in their marketing materials emphasized the partnerships with United States Liability Insurance and Berkshire Hathaway specifically to advertise the value and legality of this insurance arrangement.

In other words, Berkshire Hathaway, United States Liability Insurance, and "The Hartford" (including as yet undisclosed subsidiary insurers, adjusters, litigators, etc. co-owned by The Hartford Financial Services Group) leant their names and reputations and support to OnForce throughout these events; thus allegedly constituting ongoing practices of racketeering predicate acts from April 3rd, 2011 through the present.

It is also important to note, however, that the design and implementation of these illegal practices dates back at least as far as 2009, when Berkshire Hathaway first became involved at the request of Apple Computer, Inc. (See Exhibit 2 – "OnForce has Apple's Back.")

Apple Inc. is not named as defendants because their involvement did not cause me direct harm. They did encourage and contract with OnForce, The Hartford, and Berkshire Hathaway to develop these illegal insurance policies for Apple Computer's own use in managing nationwide, onsite service provided by Apple Certified techs; and Apple even had a custom page on the OnForce platform for

customers referred by Apple stores and tech support. So Apple was profiting from these illegal insurance practices also. But Apple did not force OnForce to use their illegall insurance practices with other OnForce Service Buyers and Professionals such as myself; so Apple, in my opinion, is not liable for what was done to me after April 3rd, 2011, when OnForce forced this insurance upon me.

They are shown in the diagram though to emphasize the point that this entire insurance enterprise was designed with illegal motives to defraud workers in the so-called "Gig economy" while offering service buyers purported indemnification from risks of hiring "gig economy" workers for half-day contracts doing physical labor. OnForce, The Hartford, and Berkshire Hathaway were defrauding everyone on both sides of the transactions, because they wanted to create a new form of insurance for a new type of employee.

And it is important to note that eventually WorkMarket settled upon a legal solution called "Occupational Accident Insurance" which is accepted in all 50 States and common among similarly contracted independent owner-operator truck drivers. This demonstrates that by the time these actions were filed, WorkMarket was aware that the insurance that it offered still after it took over OnForce's operations was still illegal, and they still advertised it as "workers compensation" even though it could not confer jurisdiction upon workers compensation courts as a matter of law. (See Exhibit ___).

14

If OnForce, Berkshire Hathaway, "The Hartford", United States Liability Insurance and others are ruled not to have formed the alleged "enterprises of fact" in furtherance of interstate wire and mail fraud in violation of the Racketeering Influenced Corrupt Organizations Act; they are in the alternative alleged to have conspired to conduct the affairs of their individual enterprises through patterns of predicate racketeering acts from the unknown date in 2009 when they were first approached by Apple Computer to create these illegal practices; until the present time (including their ongoing acts of fraud, fraud upon the court, witness intimidation, and obstruction of justice and other crimes and violations intended to cover up the original, underlying, illegal insurance schemes and liabilities.)

The happy face representing me is because I used to be happy, and funny, and generous and kind. It's to remind you that they destroy innocent people; and sometimes even good people; but by the time we get to court we may not be good people anymore because we are forced to fight for our lives, and fighting, especially in court, is perceived as inherently bad or "vexatious" behavior.

Unless it is done by a lawyer, in which case no matter how evil their means may be, their profession is considered "honorable" as one of the "learned professions". (I will attempt to explain this relevance below. I'm not trying to be disparaging. These are the words…"no matter how evil" and "no matter how malicious"… that our courts have decided to use to characterize the acceptable limits of abusive

15

litigation by attorneys and abusive rulings by judges; while even the most minor

technical errors of a pro se litigant can get the person labeled as "vexatious" and

"disentitled" to due process and to the right to petition for redress of grievances at

all..

---------------------

"Enterprise 1", also known as "The OnForce Illegal Insurance Enterprise" consists

of OnForce, (succeeded by WorkMarket), Berkshire Hathaway, United States

Liability Insurance, and "The Hartford" (including Twin City Fire

Insurance…though their involvement was never disclosed until after January 9th,

2014 when my attorney filed a workers compensation claim in Kansas DOL court).

Plus all undisclosed subsidiaries of "The Hartford" pending cooperation with

discovery.

Additionally, and in the alternative, "The Hartford" and its as yet undisclosed,

involved subsidiaries, conspired with OnForce, and then subsequently conspired

with Adecco, and then subsequently conspired with WorkMarket to commit further

frauds, crimes, and predicate acts of racketeering as further described herein.

Subsidiaries and employees and agents of "The Hartford" who conspired and/or

conducted the affairs of the enterprises include without limitation:

1. Twin City Fire Insurance

2. Undisclosed subsidiary or subsidiaries of "The Hartford" which employ the individuals listed herein as codefendants.

3. Carol Morris

4. Laduska Anne Haney

5. Zeke Delgado

6. The Steven G. Piland Law Firm

7. Steven G. Piland

8. John M. Graham, Jr.

9. Concentra

10. Dr. Wakwaya

11. Premier Spine Care

12. Dr. John Ciccarelli

13. Amy Slesky, PA

14. Pain Care of Overland Park

15. Dr. Bruning

16. Dr. Clymer's practice

17. Dr. Clymer

18. Dr. Prostic's Practice

19. Dr. Prostic

20. NOTE: There is a legal question as to who the doctors were under contract to when they accepted my appointments under the workers compensation act. They are alleged to simultaneously be agents of "The Hartford" which chose them as designated medical providers under workers compensation; and to be ultimately under contract to me, as the patient and therefore as the ultimate financially responsible party. Courts do not acknowledge that doctors have a contract with the patient, even in the context of workers compensation where the doctor is selected by the insurer and "employer" under the workers compensation act. In this case though, every doctor was informed of the alleged illegal nature of the OnForce insurance and chose to create fraudulent medical records rather than to deny service. I was even billed for services by Dr. Clymer, Dr. Prostic, and Dr. Azevedo when "The Hartford" refused to pay them…so this dispute needs legal resolution.

21. McAnany, Van Cleave and Phillips

22. Judge Hursh

23. Judge Shelor

24.

25.

The Pink triangle encompasses what I will call "Enterprise 2", or "The Hartford's Workers Compensation Enterprise.", or in the alternative the people who conspired

18

directly with "The Hartford" to obstruct my workers compensation and/or fraud and racketeering claims against OnForce.

You will note that this intersects the blue trapezoid, which represents "Enterprise 3" or "The Berkshire Hathaway Enterprise."

This is because it is very difficult for me to explain this. When I was threatened with murder by The Supreme Court of Kansas, it was driven predominantly by Berkshire Hathaway's abusive litigation in the case of Nebraska Furniture Mart v. Sullivan (Johnson County Kansas District Court case number 13 CV 03089).

Nebraska Furniture Mart had been using their debt collection for $1300 worth of Christmas gifts that I purchased in December of 2011…the month before I was injured…to extort a Global Settlement Release that would indemnify Berkshire Hathaway and all subsidiaries, divisions, employees, agents, etc. from any liability for anything, ever. Their first demand for settlement came in December of 2012; and I recognized the overly broad wording of the settlement demands immediately.

Then, after nearly two years in court, NFM made the same settlement demands again in April of 2014; at which time I was represented in my workers compensation claim by Melinda Young of the law firm of Bretz &Young. Ms. Young, speaking through her assistant Melissa Bush told me not to sign NFM's settlement demands "or she won't be able to get you medical care."

19

So this isn't just my ignorant pro se opinion that NFM's settlement demands were intended to extort indemnity for all of Berkshire Hathaway related to the OnForce Enterprise and conspiracies. That was Melinda Young's opinion, and her instruction that I not accept NFM settlement demands in April of 2014.

This is why the Kansas judges are listed under the "Berkshire Hathaway" enterprise/conspiracies; even though the Kansas Judicial Branch conspiracies alleged herein demanded that I drop my claims both against Nebraska Furniture Mart and against OnForce and "The Hartford." It was, ultimately, mostly the abuses of NFM attorneys Joann Butaud and Steve N. Gatzoulis, along with judges Daniel W. Vokins and Judge Paul Gurney, with the support of Chief Judge Moriarty that led to my NFM case being on the docket for so long that it was monitored as a matter of Kansas Supreme Court Rules by the Departmental Justice, whom the Kansas Supreme Court identified to me as Justice Lee Johnson. And it was during the course of Justice Johnson monitoring the NFM case as a matter of rule that documents were deleted from the record, documents were filed in my name that I did not file, surprise hearings were scheduled with no notice to either party, and a host of other outrageous and unbelievable but true acts of judicial corruption…allegedly.

And it was immediately after I rejected NFM and Berkshire Hathaway's final settlement demands in December of 2015 that my wife was kidnapped and we

were threatened with murder by the Supreme Court of Kansas, on December 15th, 2015.

It is my opinion that the murder threat was instigated at the request of Berkshire Hathaway, primarily to cover up the litigation abuse that I had experienced at the hands of judges in the District Court for four years.

However, it was also known to everyone involved that I was assaulted by Administrative Law Judge Kenneth Hursh on August 13th, 2014; after the hearing on Melinda Young's Motion to Withdraw and the surprise preliminary hearing that was held in fulfillment of Melinda Young's Motion for Preliminary Hearing, which she filed AFTER moving to withdraw from my case; and which she filed without even giving me any notice at all; and which she filed at 4: 20 A.M. on August 11th, 2014, roughly half an hour after OnForce was sold to Adecco. Hence, at the time that I was threatened with murder, everyone was aware of what had happened in my workers compensation case, and of the links to Berkshire Hathaway and Nebraska Furniture Mart; and that a Kansas workers compensation judge had kicked a man in a wheelchair for praying. These facts are all so complicated. That's why I recorded almost everything, so that I wouldn't have to describe it and type it.

In late May or Early June of 2016, shortly after Michelle left after we were threatened with murder; a young woman showed up at our church pantry one day, histerical with fear. She said that two of her friends had posted some sort of recordings of some type of official government meeting to YouTube. She said that they got over 5,000 views, then the videos were taken down and her two friends were arrested on some trumped up charges. According to this young woman, and this can be verified by the testimony of Assistant Pastor Ruth Rivera, her two friends committed suicide in jail that night; and she swore "THEY WERE NOT SUICIDAL."

Another hour, another 9 pages that I am too afraid to file.

----------------------.



The OnForce/WorkMarket Enterprise and Conspiracies

OnForce/ WorkMarket

Plaintiff's Exhibit 4

"The Hartford"

Me

Berkshire Hathaway

Apple, Inc.

Twin City Fire Insurance

Warren Buffett

Unk Adjusters' Employer

John M. Graham, Jr.

USLI

Nebraska Furniture Mart

Barclay's Bank Delaware

Carol Morris

Bretz & Young

Evans & Mullinex

Berman & Rabin

Laduska Anne Haney

Matthew Bretz

Melinda Young

Jo Ann Butaud

Judge Vokins

Zeke Delgado

Tim Elliot

Steve N. Gatzoulis

Chief Moriarty

S.G. Piland Law

Judge Hursh

Judge Gurney

Judge Vano

Steve. G Piland

Judge Shelor

Chief Justice Law ton Nuss

Justice Johnson

McAnany, Van Cleave & Phillips

Chief Robinson

Judge Vratil

Judge James

Judge Mitchell

Judge Schwartz

Page 1



The Tarlov Cyst Conspiracies and Enterprises Part 1 -

ALL HEALTHCARE INSURERS NATIONWIDE

The State of Kansas

The Hartford

Coventry

KIC & DOL

The United States of America

Twin City Fire Insurance

Blue Cross & BS

Judge Vokins

Stephen McAllister

Berkshire Hathaway

AmBetter

Judge Hursh

UnitedHealthCare

Judge Shelor

Chief Robinson

University of Kansas Hospital Authority

Judge Gurney

Judge Vratil

Chief Moriarty

Judge James

Advent Health

Me

HCA Health Care

Justice Johnson

Judge Mitchell

Judge Schwartz

St. Luke's

Work Comp

Chief Justice Lawton Nuss

Tenth Circuit

Page 2



The Tarlov Cyst Conspiracies and Enterprises Part 2 -

AdventHealth

University of Kansas Hospital Authority

HCA HealthCare

Dr. Messerli - ER

Dr. Schmidt -ER

Dr. Hess - Neuro

Dr. x- Rad

Dr. x- Rad

Dr. x- Rad

Dr. Jackson - ER

Dr. Scott - ER

Dr. Williams - Ortho

Dr. Ohiorhenuan - Neuro

APRN Caldwell- Primary

Dr. Hylton - Neuro

Dr. Cordell- Ortho

Dr. x- Rad

Dr. x- Rad

Dr. McCowen

Dr. Clough

Dr. Hardaway

APRN Carpenter

Dr. Radiologist

Dr. Radiologist

WorkComp

Pain Care of Overland Park - Bruning

Concentra - Wakwaya

Premier Spine Care - Ciccarelli

Johnson County Imaging - Radiologist

Me

St. Luke's

Dr. Nolker

Dr. Bonness

Page 3

# ACCESSIBILITY OF TARLOV CYST TREATMENT FOR THE 3 MILLION TO 6 MILLION PEOPLE WITH SYMPTOMATIC TARLOV CYSTS NATIONWIDE



Approx. 4 surgeons for 3 million patients nationwide.

Dr. Henderson- MD

Dr. Schrot- CA

Dr. Feigenbaum - KS

Dr. Arnold - KS

Dr. Kim- CA

Dr. Hardaway- KS

Dr. Feigenbaum - TX

NOTES:
Dr. Feigenbaum closed his KS practice 2 months after I was diagnosed. Dec. 2015.
Dr. Arnold published a case study of two patients, but was never allowed by KU to treat Tarlov Cysts in non-research patients. September, 2013.
Dr. Hardaway advertised as treating TC by HCA until after I set my appointment, then they cancelled due to policy against treating TCD.

Page 4

# The Near Global Conspiracy Against Pro Se Litigants in Kansas and Nationwide

But I am just really in way too much pain and way too scared to write things correctly "the way we were taught in law school."[1] So I was never able to make this argument convincingly; but when balancing the court's interests in keeping the costs of litigation down generally, and the defendants' interests in not having to spend legal fees in defense of their illegal practices, the court has to also factor in the victims' interests in getting medical care so that we do not die.

I'm sorry, but it really is because of my pain and my fear that I keep writing the way that I do. I'm barely holding on to life, and I lost all faith long ago.

When I asked opposing counsel   if he cared at all that I might die if I don't get the medical care that I need, he responded "That's a real world statement with no connection to the litigation world."

So yes…people who think like that scare me, especially when they are the people that are in complete control of my medical care. And I think that I must have the right to enjoin abusive litigation tactics from lawyers where my immediate access to medical care may be necessary to save my life.

OnForce and The Hartford illegally seized control of my medical care more than a decade ago, even though both OnForce and The Hartford knew that what they were

---

[1] A reference to Judge James' comment during oral argument on August 7th, 2019 in UKHA1.

doing was illegal in Kansas, and probably everywhere else in The United States as well.

The Kansas Department of Labor took jurisdiction over my access to medical care, even though they also knew that what OnForce and The Hartford were doing was illegal. They seized control of my medical care and put it in the hands of Administrative Law Judge Kenneth Hursh, who did every single thing that he did in the complete absence of any legal jurisdiction.

When Judge Kenneth Hursh was removed from my case, he was replaced by Judge Jerry Shelor, who also acted with the knowledge that he had no legal jurisdiction due to the frauds committed by OnForce and The Hartford.

The Kansas Insurance Commission performed a review (which did fulfill my obligation to exhaust remedies in The State of Kansas); and they ruled that because I was made a settlement offer, they would not intervene or investigate. They merely presumed that it was valid workers compensation insurance, and referred me back to the Department of Labor workers compensation courts. But, they did this with sufficient documentation and testimony to establish the illegality of OnForce and The Hartford's insurance enterprise in this case; and they should have taken jurisdiction and prosecuted OnForce and others involved; since this was not legally workers compensation or even any legally recognized form of insurance.

Even my own attorneys had full knowledge of the illegality of OnForce and The Hartford's insurance enterprise. It was in fact from their discovery that I got my first piece of documentary evidence which proved OnForce's lack of valid workers compensation insurance, and thus no right whatsoever to involve themselves and The Hartford and to assert control over my medical care in any way. (See Exhibit __ "OSHA Accident Report" which I received from Ms. Young on July __, 2014 along with hundreds of additional pages of documentation.)

And when I first filed these claims in the District of Kansas, Judges Mitchell, Schwartz, and Vratil all had the documentation on the record at the time of their Report and Recommendations and judgments that proved that their findings of fact were not true; especially their finding that I may have purchased some type of insurance through OnForce.com underwritten by some unknown insurer; and their presumption that the workers compensation court did have jurisdiction and ruled correctly; and that I was "just disappointed" with the outcome of that case. These presumptions were all prejudices based upon pro se stereotypes, and not based upon the evidence on the record at all.

The universal pattern here is that everyone knows that what OnForce and The Hartford were doing was illegal; and everyone who is named as a defendant conspired either directly or indirectly to obstruct me from getting justice, medical care, or benefits.

25

In so doing, all of the defendants have intentionally, maliciously, or with inexcusable wanton disregard for truth, or for my health, life and safety have put my life in mortal jeopardy to advance their own shared and individual financial, economic and political motives and beliefs.

A dozen times a day I thank God just for the miracle of me just typing one coherent paragraph. But I still know that the rest of what I type is garbage.

I am barely even capable of coherent speech, and at the heights of my physical and psychological flare ups, I am not even capable of coherent speech. I am not unintelligible. But I do become incoherent at times. And at all other times I am on the spectrum from anxiety to total incoherence.

---

So, there's some new evidence. There are new circumstances. There are new medical records and imaging, and there are new instances of the most outrageous abuse that you can imagine from a advertised Christian, not-for-profit hospital enterprise (AdventHealth); more instances of discrimination and disparate impact from a state-owned hospital enterprise (University of Kansas Hospital Authority); and more discrimination and disparate impact from a private, for profit hospital association as well (HCA).

26

All of this relates to the underlying claims against OnForce, The Hartford, et. Al; though the earlier claims against the third-party health care providers retain their independence from the claims against these current defendants.

My mother just died, and that led to revelations of ongoing slanders and frauds committed by my brother and sister of which I was unaware at the time of my prior claims of their involvement.

And my symptoms are not only escalating but also spreading, even to the point that it led to the discovery of an additional cyst in my neck that had never been disclosed to me by any health care provider; even AFTER I knew about Tarlov Cysts and explicitly contracted for Tarlov Cyst specific imaging, diagnostics and treatment through HCA, KU, and AdventHealth providers. They all still have policies against acknowledging Tarlov Cysts, and some of them have even gotten worse since the original actions were filed in 2018 and 2019.

But I've never figured out how to write a proper pleading for claims as extensive and complex as this. And the unavoidable fact now is that I know that I never will. God did not grant me miraculous powers. Just inhuman pain tolerance and patience. But both of those ran out years ago. And now I am running on empty.

And I have consulted with additional attorneys, who have expressed the same opinions as I've received for more than eleven years. "What you need is a team."

"I would need a factory to handle this."  "We only take catastrophic cases" (in other words, call us back when you're dead.) No one has the resources or desire for claims this complex with potentially only declaratory and injunctive relief still available after so long without successful litigation of the damage claims.

Sometimes I can barely even type a single paragraph.

 But the point is not my ability to type a number of pages. The point is that every ten pages I will get stabbing pain to the genitals and rectum; and I will be overcome repeatedly with fear of retaliation and murder. I can't even do ten pages in a row that are worthy to be filed with the court.

I do know the claims that I need to make, generally. But I'm just not capable of organizing and writing everything that needs to be written.

I – I need relief from all previous judgments of this court on the grounds of fraud and manifest injustice. This relief can come from Rule 60 explicitly, from other statutes and common law principles, or from the unlimted powers of equity. I do believe the circumstances here are extraordinary enough to qualify, even if I cannot plead them sufficiently.

II – I need relief from the specific judgment of the Tenth Circuit Court of Appeals that Tarlov Cyst Disease does not "qualify" for medical treatment or for protection under the Rehabilitation Act and the ADA. All of the third party health care

28

providers (HCA, KU, AdventHealth) changed their policies to even more openly deny and discriminate against Tarlov Cyst Disease than before August 27th, 2019 when the initial judgments were issued in UKHA1, AdventHealth1, and HCA1 by Chief Judge Julie Robinson; and the subsequent affirmation by the Tenth Circuit that they will never hold a health care provider liable under the RA or the ADA, even when the discrimination and disparate impact openly affect every person with one rare disease, Tarlov Cyst Disease.

III – I need relief from the judgment of the Tenth Circuit that disabled people do not have Federally protected civil rights under 42 U.S.C. 1981, 42 U.S.C. 1985 or 42 U.S.C. 1986. The fact that disabled people have only access rights under the RA and the ADA as currently interpreted; and that we have no Federally protected civil rights under any other statute makes us appetizing victims for predatory insurers, health care providers, litigators, and even family and churches. The level and effect of discrimination against the disabled is congressionally admitted in the purpose statement of the ADA; but the effect of that discrimination specific to constitutional and statutory civil rights is wholly without remedy under Federal law.

IV – I need appointment of counsel; and that requires a constitutional challenge to this court's prior judgments denying legal counsel; as well as to the Tenth Circuit's judgments denying appointment of counsel; and the courts' standards and practices

in implementing or refusing to implement appointment of civil counsel under 28 U.S.C. 1915 or under the ADA.

My hands are burning. That's an escalation.

V – I need equitable relief to estop or toll all statutes of limitations; and to refer back to earlier filing dates where allowed.

VI – I need discovery to acquire documents such as contracts for insurance and health care services which are solely in the possession of the defendants and upon which disputes of fact will resolve.

VII – I may need confessions to prove some claims; and thus I need cooperation from opposing counsel in communicating settlement offers to the various defendants. I mention this because as a matter of standard practice, most attorneys will not negotiate settlement terms if there is no risk of even being required to participate in discovery due to the incompetence of the plaintiff's written pleadings, motions and briefs.

I also received almost no cooperation (except from a few opposing counsel, and I don't want to name who did or did not cooperate at this time) and was not even allowed to speak with counsel independently of the entire group. Thus I was not able to even begin discussing settlement options and whether or not some defendants would admit to any of the factual claims.

30

This is true even when opposing attorneys are in full possession of the evidence that proves their clients' individual, undeniable liability. They will still join together in their plans to commit perjury and fraud upon the court as a unified defense is perceived to be stronger than an honest one by each and all of the defendants.

It is an example of what Chief Justice Lawton Nuss called "unconstitutional wealth based disparities" in constitutionally guaranteed services like education. (See Gannon v. State of Kansas). But with respect to justice, just outcomes are not presumed to be constitutionally guaranteed; so no one even considers the wealth-based disparities in access to justice; though they may have even greater and even fatal consequences for the victims of wealth-based disparities in education.

The point being that The Kansas Supreme Court has ruled that "wealth based disparities" are recognized as rightful constitutional challenges to a branch of government incapable of delivering its constitutionally mandated services equally to disabled or otherwise disadvantaged citizens due to the branch's limited budgets.

As a result of the high likelihood that a disabled pro se litigants' pleadings will be deficient, we are deprives us of all equal and critical benefits of litigation; including not only depriving us of just judgments on the merits, but also effectively

31

depriving us of the actual right to seek settlements. (We can ask, but in reality, no indigent is ever offered a settlement because litigation is too difficult for us and we are predestined to lose even the most rightful and well documented claims and indisputable rights to relief.)

This is complex, and should not be in the summary, but I'm suffering and struggling. So I will try to explain briefly. In Mangiaracina v. Gutierrez (the Kansas equivalent of Hall v. Bellmon), the Kansas court wrote that pro se litigants do not seem to understand that most cases are resolved through settlement. Judges therefore presume that when pro ses continue to litigate after a settlement offer has been made, or even when no settlement offer has been made, that we are being "vexatious" when compared to lawyers who might have accepted a settlement.

But we are not offered settlements. At best we are made unreasonable demands in the hopes that we will cave in to the pressure of abusive litigation and surrender the majority of our legal rights to relief. This is not just an observation. This is what McAnany, Van Cleave and Phillips literally taught at their annual workers compensation seminar on August 7th, 2014.

It is an element of the broad-based disparate impact claims against the judicial branches themselves that when they fail or refuse to accommodate disabled pro se litigants that we do not get any of the benefits of the courts, including the potential

benefit that litigation might lead to settlement. Exploiting our disabilities almost always leads to dismissal; and no threat of consequences for the defendants means no motivation or opportunities to settle.

VIII – I need the specific relief to which I am entitled from each individual defendant whether I properly ask for it in my pleadings or not. This is my persistent Rule 54(c) and Hall v. Bellmon argument. And cumulatively I need sufficient relief to constitute redress for all of the damages done to me cumulatively by all of the defendants.

This is not intended to mean that they are being sued as one collective of defendants (as they have argued in dismissal) or to lump all of the defendants under a single claim or set of claims. It is merely an acknowledgment that the damages done to me were done by the collective actions of more than a hundred individuals arranged in multiple inter-related corporations, enterprises, conspiracies, and parallel actions; so individual defendants might only be deemed liable for individual portions of the damages absent the shared liability of corporations, conspiracies, and enterprises.

This, again, is difficult to explain, but has been explained to me by example by multiple attorneys. The example is with the long string of identical acts of "medical malpractice" by doctors related to Tarlov Cyst Disease. And the example

33

was this: if one doctor missed the diagnosis through negligence, then six months later another doctor missed the diagnosis through negligence, the court will not hold either doctor liable for anything more than the time until the next doctor makes the same mistake. The damages due to each doctors' individual acts of negligence would be negligible, even if the cumulative effect of all of their negligence was wrongful death. They each could blame the others who came before or after their own misdiagnosis; and they all will support each other with fraudulent testimony if necessary to argue that none of them was negligent at all.

This case presents the very unique circumstance in which every doctor for more than a decade, one after the other, made the exact same "negligent" misdiagnosis with respect to Tarlov Cyst Disease. Not a single one of them would be considered liable for enough damages for any malpractice attorney to take my case. And no one sues three dozen doctors for making the exact same "negligent" mistake, because it does not even seem plausible that three dozen doctors would make the exact same "negligent" mistake.

But, the truth is that for everyone with Tarlov Cyst Disease, all of our doctors make the exact same mistake until eventually, if ever at all, we get referred to Dr. Frank Feigenbaum. And our doctors are not making those mistakes out of true negligence. They are making those mistakes out of policy decisions not to diagnose

or treat Tarlov Cysts; and to never testify honestly about the disabilities caused by Tarlov Cysts.

So the factual situation surrounding Tarlov Cyst Disease is like no other situation in health care, and like no other ADA or RA claim that has ever been litigated against health care providers for disparate impact or for discrimination. There are not even any comparable actions with hundreds of people conspiring and/or acting in parallel in a similar damaging and illegal way. It only occurs with invidious discrimination, such as with racism and other protected classes of people. But even then, claims of racial discrimination are usually against a single defendant. You rarely get hundreds of racially motivated defendants harming the same victim in decades long patterns of abuse such as are alleged in this case.

Judge Vratil argued and ruled that my analogy between OnForce, WorkMarket and eBay was "irrelevant." But the analogy between Tarlov Cyst Disease and every other disease that has ever been litigated under the ADA and RA is irrelevant, because there is nothing in all of health care like the discrimination against people with Tarlov Cyst Disease. And the comparisons to other cases cited as precedent are also irrelevant, in that nothing in precedent has ever been quite like this. The uniqueness of these claims deserves as much consideration and more consideration than the similarity that these claims might have superficially to other people's

claims in other cases with completely different and not even similar factual backgrounds.

The analogy between OnForce and eBay by contrast, was spot on; because both are internet marketplaces where service buyers can contract with service sellers and no workers compensation law could legally apply.

And that is at the core of why these claims are just too complex for me. It is not just that this was an illegal insurance policy in a program that everyone is politically opposed to anyway…workers compensation.

And it is not just that this is about a rare disease that no doctor in the entire state of Kansas will treat, or even diagnose, or even inform you of, or even refer you to a specialist when they find Tarlov Cysts.  This is about a rare condition that occurred while under an illegal insurance scheme; and no lawyer handles all of these various types of necessary claims simultaneously. There's just not even another case to compare it to. It requires something far beyond even the intelligence and typing skills that I had before I became disabled.

It is just too many people and too complex for me to write it with the particularity that the defendants demand AND with the brevity that the court demands. I do not even believe that a single lawyer could do it. I've been told that no single lawyer could do it. And large firms with enough resources to actually perform this

36

litigation competently dedicate their resources to more profitable and easier claims; and to doing more of those than to putting this much resources into one case.

But every other alternative is that I should surrender some or all of my rights to relief simply because I am not capable of protecting them; and that would perpetuate the damage and the risks to my life eternally.

IX – Related, and because it seems inevitable, I need all of the claims joined and litigated together for apportionment of liability. The defendants have suggested in their Motions to Dismiss that they consider the claims against the health care providers (which were dismissed without rulings upon the merits and are still pending in appeals in UKHA 2 and UKHA 3) as contingently necessary and conjoined to the extent that the dismissal of the claims in UKHA1, AdventHealth1, and HCA1 constitute full res judicata of all claims related to my medical care and insurance over the entire past eleven years, and for every potential defendant that could have any portion of liability. That is a gross overstatement of the principles of res judicata; but does have some merits as to efficiency.

It is still my belief that all of the claims could be litigated individually, and apportionment of liability resolved post-judgments via extensive litigation of subrogation issues. This is especially true when all of the defendants deny any conspiracies or enterprises of fact; thus arguing that they are NOT tied to the other

defendants by anything that would have produced res judicata. They want to eat my cake and have it too.

And this, again, I know I will not be phrasing correctly so I will try to plead it by example. If I had received a disability rating and settlement from OnForce and Twin City Fire Insurance; then been found 88% functionally impaired and awarded any other disability benefits (such as SSDI or SSI), OnForce and The Hartford would have a cause of action for recovery of some portion of their settlement or award payment.

The same would be true if everyone was tried separately, and separate jury awards would then be assessed and litigated to prevent double recovery. I know that. They know that. I am not seeking double recoveries. I am first and foremost seeking declaratory and injunctive relief and medical care. I am much better aware of the complexities than I am capable of pleading them.

But this point is critical to understanding the totality of my claims: I was too scared to sue the people who threatened to murder me; so I first sued the other people, including for their conspiracies; from whom I *could have* received sufficient relief to not need to sue the ones who threatened me.

And the ones who I did sue were fully aware that the others had liabilities, including those who threatened me; and they had the options of inpleading or cross

pleading claims against OnForce, The Hartford, Berkshire Hathaway, or any third party that they felt was partially liable.

But they chose not to make any such third party claims, and that their litigation strategy would be facial attacks against the pleadings which by definition do not establish res judicata judgments on the merits.

I could accept any outcome that granted me the relief that I need.

But I cannot accept ANY outcome that grants me no relief, because no relief will result inevitably in my wrongful death, and has already resulted in what is now likely permanent physical and psychological disabilities from which I may never recover.

So when the court denied relief against the third-party health care providers, family and church members who obstructed my access to justice and medical care; I was forced to complete my claims against OnForce and The Hartford et. Al. which had been on hold since February of 2016 when I served a Notice of Intent and demand for medical care upon OnForce and Twin City via their counsel, John M. Graham, Jr.

Having been denied further medical care, I proceeded to attempt to secure medical care through the third party providers, beginning with Dr. McCowen of HCA, and then APRN Carpenter and Dr. Clough, also of HCA; with MRI services provided

by KU and AdventHealth. This only served to expose the discrimination and disparate impact claims surrounding Tarlov Cyst Disease; but the health care providers discrimination and obstruction of my disability claims prevented me from acquiring the medical evidence or the medical treatment needed to complete my workers compensation claim; even if I were not afraid to file it in Kansas for fear of the threatened retaliation anyway.

The only court with jurisdiction, according to my already proven belief that OnForce's insurance policies were fraudulent and their subsequent acts were all racketeering, which actually properly had jurisdiction is the United States District Court for The District of Kansas. That jurisdiction I believe is most clearly established under RICO, but also exists under the ADA, the RA, the EMTALA, and Civil Rights violations.

Unfortunately, the frauds upon the court committed by the defendants and counsel in UKHA1, AdventHealth1, and HCA1 prejudiced the court so strongly against me that I could not even pass a pre-service screening under 28 U.S.C. 1915, even with evidence already on the record which proved my underlying claims to all be true.

This prejudice plus the screening process then resulted in the judges themselves committing the subsequent acts which I allege would constitute fraud upon the court if those same acts had been committed by opposing counsel or parties.

But I am stuck with no clear path to any form of relief because to plead fraud upon the court when the defendants were never even served, (except for WorkMarket and Peter Cannone) I would have to plead that it was the judges themselves who committed the frauds upon the court leading to the manifest injustice and wrongful dismissal of my claims.

And in the case of WorkMarket and Peter Cannone, the court opted to do a 28 U.S.C. 1915 screening at the time that I attempted to amend the pleading; and then reintroduced an argument that WorkMarket and Peter Cannone's attorneys had actually dropped when they drafted their second Motion to Dismiss (the one on behalf of Peter Cannone). The court even made it the cornerstone of their Report and Recommendations and judgments; and this was the argument that I may have purchased some third party insurance policy that did confer jurisdiction upon the Kansas work comp court.

## COUNT I – RELIEF FROM JUDGMENTS

As an initial matter, no claim in any of the relevant cases was ever judged upon the merits. As such, "relief from judgment" is technically not required for the refiling of any of the claims so long as they remain within statutes of limitations or within statutes of repose with valid grounds for equitable estoppel or equitable tolling or

estoppel, or statutory tolling such as under K.S.A. 60-515 on the grounds of incapacity.

But the defendants and opposing parties are treating the initial claims in UKHA1, AdventHealth1, and HCA1 as if they constituted res judicata and not facial attacks on the pleadings.

As grounds for relief under Rule 60 I am first alleging manifest injustice which is evident from the facts pleaded: specifically that I have been denied both medical care and access to justice for more than a decade beginning with an indisputably illegal insurance scheme which was then perpetuated and defended through eleven years and counting of abusive, deceptive, and unconscionable litigation tactics by opposing parties, opposing counsel, and by multiple judges across multiple interrelated cases.

Even the most fundamental disputes; like why I was recommended for surgery in August of 2012 by The Hartford's own chosen doctors: (Dr. John Ciccarelli and the radiologists at Johnson County Imaging) and yet still have not received any corrective treatment almost eleven years later is indicative of the failure of any court to reach a just conclusion that would award me at a bare minimum the medical treatment that I require to reach Maximum Medical Improvement before

my permanent disability level could even be measured and adjudicated in any court of law.

And to preempt the argument, even if the reason is determined to be my own incompetence at litigation; I still have suffered and continue to suffer manifest injustice directly and indirectly the result of the crimes committed against me collectively by all of the defendants named.

In other words, manifest injustice can be the result of poor pleadings and still qualify for equitable relief because the poor quality of the pleadings is entirely attributable to the defendants' collective and often unified agreements to obstruct my access to justice through a never ending stream of frauds.

In layman's terms, even if it is "my fault" for not hiring a lawyer; it is not exclusively my fault, especially when over 300 lawyers turned down every element of my claims for being too inextricably linked to the other, more complex elements of my claims. I did not choose to be a pro se litigant, nor did I choose to be disabled. Both of those circumstances were forced upon me by the defendants, with each playing different but interrelated roles in the overall deprivation of justice; and that deprivation of justice has been 100% and complete..

Every harm that I was told by lawyers and by judges that I had to wait until it had ripened has now ripened, with the exception of my wrongful death.

43

I am now left with no remaining rights to relief at law, and thus my only remaining rights to relief begin with equity; and with the relief from all prior judgments which were founded upon frauds and exploitation of my disabilities in the course of litigation.

I also now have volumes of new evidence accumulated over the past four years relevant to each and all of my prior claims, and as recently as June 23rd, 2023 when I was released from an involuntary mental health hold by AdventHealth…the records to which I am still processing.

Some of this new evidence was actually pleaded in the previous cases seeking relief from judgment labeled by the court as UKHA2 and UKHA3 which are still pending in the Tenth Circuit (despite my request that they be stayed by rule pending the outcome of my Rule 60 and other actions for relief.

The problem was that because of my poor organization, I did not explicitly identify those facts as "new evidence" or it was not acknowledged as new evidence by the court.

And honestly, I may just be misunderstanding this point, but I don't think I am supposed to file the new evidence because it is voluminous and mostly very technical, and will not be evaluated by the court until after Motions to Dismiss, after discovery, and after the Motions for Summary Judgment begin. But as I

pointed out via Hall v.Bellmon, if the court had a requirement that I file my evidence at this early stage, the court was to make me aware of that requirement, and schedule the evidentiary hearings that I requested in my previous cases.

But I did describe my new evidence, which included my new evaluations at Health Partnership Clinic, Johnson County Mental Health, The University of Kansas Primary Care and Spine Centers (by APRN Caldwell, Dr. Mabry, and Dr. Ohiorhenuan); my new MRI in January and May of 2020 at AdventHealth; and I can now add to that list my appointment and appointment cancellation with Dr. Hardaway (Neurosurgeon at HCA), and my involuntary admission and drugging at AdventHealth subsequent to an extreme flare up and emergency visit on June 21st and 22nd, 2023.

Also, as everyone knows, my mother just passed away after her long battle with cancer; including with spinal cancers which have contributed much to my overall fear for my health, especially when my doctors have been actively concealing medical findings and diagnoses for more than a decade already.

But during my conversations with my brother he revealed that she had suffered dementia for some period of time; and had been convinced by my brother and sister that I intended to and attempted to murder her while she was in hospice. At some point, and the timelines on her incapacity have not yet been made clear to

me, they had me disinherited and I was even threatened with physical violence if I attempted to attend her funeral.

This was the fulfillment of the allegation that I attempted to make in my previous claims that they had conspired directly with Dr. McCowen (through my mother, Diana Rutherford) as a part of an enterprise of fact to take control of assets of both my and my mother's estate.

And while I recognize how controversial this aspect of my claims will be: I further allege that in choosing McAnany, Van Cleave and Phillips to represent them, my brother made that decision on the basis of his knowledge that they were directly involved in my workers compensation/ insurance fraud claims as they had personally provided training to my adjusters Laduska Anne Haney, Carol Morris, and Zeke Delgado in the course of their annual "Workers Compensation Seminars." And thus were directly involved in the broader based racketeering to defraud injured workers of which I became a victim due to OnForce's illegal insurance scheme.

This was in addition to countless suspicious and abusive behaviors that I had been subjected to for more than seven years by the time that I filed suit, including naming my family for an apportionment of liability.

And while I admit that this application stretches the limits of RICO, my arguments that it applies under RICO are particularly sound due to both mine and my mother's homes being used regularly in interstate commerce. (At least, mine was previously when I was contracting through OnForce and restoring muscle cars for resale.) My mother's home is the base of my sister's interstate ebay sales business. And my family not only attempted to extort the sale of my home via their earlier frauds; but then subsequently defrauded me out of my inheritance of a portion of my mother's estate.

Again, I admit this would be a very broad, but legally sound application of RICO but for my poor quality of legal writing. It is a complex claim. But I also and perhaps even more importantly felt that it was necessary to apportion liability to my family since the earliest and most persistent allegations of delusional mental illness originated with my mother and my sister's original frauds on March 12th, 2012; and then only made it into my medical records on January 19th, 2016 when my mother directly interfered with my appointment with Dr. McCowen. This new evidence further demonstrates that my family has continued in the same pattern of witness intimidation and wire and mail fraud and obstruction of justice as was alleged, albeit poorly, in the original HCA1 case.

And in the other direction: McAnany, Van Cleave and Phillips were aware that I had been defrauded by OnForce and The Hartford as I had informed them directly

47

when I asked Greg Goheen if they could represent me on August 7th, 2014 at the annual MVP work comp seminar. He declined, stating that they represent The Hartford and it would be  a conflict of interest; but I stayed for the seminar anyway and was shocked at what they were teaching claims adjusters, insurers and employers as tactics to defraud injured workers out of all or portions of their benefits.

When McAnany, Van Cleave and Phillips was approached by my brother, they knew or should have known that they had a conflict of interest as they knew of my intention to name them as defendants if I were forced to sue The Hartford and OnForce; which I was only unable to do because of the threat to murder me. (To be clear, I don't know that they knew about the murder threat when it happened; but I presume that my brother informed them of what he knew, and that they already knew what they knew, and they should have stayed out of my cases altogether because they knew that they trained The Hartford to defraud me and would be named as defendants had I not been threatened with murder just before statutes of limitations expired.

Again, I think I can only express it in layman's terms. They were scott free if they had just stayed out of it; but they agreed to represent my brother as retaliation. It's not the type of case McAnany, Van Cleave and Phillips take other than for the potential to retaliate against me further and to use my brother and sister and

mother's perjurous testimony to attempt to defend the Hartford and OnForce's claims. In other words, there were legal strategic reasons to take my brother's case; but not a single sound business reason. Not for an insurance defense firm of their stature, and not for a petty family dispute. They would only agree to take that case if it benefited them in their defense of The Hartford for the litigation that McAnany, Van Cleave and Phillips and Steve Sullivan both knew was necessary and imminent in order to save my life.

And finally, in addition to the four years worth of new evidence that proves both the insurance racketeering and the Tarlov Cyst Disease disparate impact and discrimination; and the eleven years of cumulative and ongoing frauds including frauds upon the court; and the manifest injustice discerned from the fact that my disabilities are medically proven and yet still denied by almost everyone involved; there is still the underlying fact that I have never had a single judgment on the merits in any single case.

Only the questions regarding statutes of limitations would present any barrier to the refiling of any portion of these claims so long as the defendants always choose strategies that never resolve the disputes on the merits of the cases.

And my most recent imaging and evaluations at AdventHealth just last week prove once again everything that I have alleged about the neglect and abuse and damage

49

to people with Tarlov Cyst Disease from the near universal refusal to acknowledge this disease. And here I will include some images from the CT performed on June 22nd, 2023, portions of the radiology report, and portions of the overall report which firmly establish my grounds for tolling due to disability, incapacity, and ongoing concealment and fraud.

Advent Health Results.


Because every defendant has contributed to this still ongoing denial of my disabilities and concealment of the presence and relevance of my Tarlov Cysts; and because the damage caused by the Tarlov Cysts is now clearly eroding the bone in my sacrum; every defendant is subject to the same tolling and estoppel of statutes of limitations defenses, because each of them has played and continues to play a role in delaying my justice and my medical care to this day.

even if one could argue that some tiny portions of the prior judgments should not be disturbed, the overwhelming conclusion based upon the evidence is that so little of any of the prior judgments could be even remotely ruled as "upon the merits" that everything should be adjudicated in its entirety, at least one time. Anything less deprives me of the constitutional rights to seek redress and to receive relief for

the overwhelming majority of my legal claims. Which would be the finality of manifest injustice.

**Count II – Seeking Relief from the Tenth Circuit Judgment in Sullivan v. University of Kansas Hospital Authority, et. Al. issued January 29th, 2021; and for which relief was sought via UKHA2 on January 31st, 2022.**

I am unsure how to plead this, because the issue will be disputed in Motions and Briefs again as it relates to the health care providers who concealed my Tarlov Cyst Diagnosis while under the "care" of OnForce and The Hartford and their chosen physicians.

But the defendants have already argued that I lost these claims, including the appellate challenges, on the merits; when in fact even the Tenth Circuit Judgment was explicit that I did not brief most of the issues sufficiently for the Tenth Circuit to consider the actual merits of my arguments. So it is necessary to preserve my rights to petition for redress of grievances that I not be declared "vexatious" for arguing a legal theory that was only rejected previously because it was poorly briefed.

Specifically, the most troubling portion of the Tenth Circuit's ruling was with respect to the "otherwise qualified" language of the RA, injected into the ADA by judicial interpretation. But when the Tenth Circuit ruled as to whether I was denied

Tarlov Cyst Treatment because I was falsely regarded as a suspected opioid seeker; they reversed their application and definition of the phrase "otherwise qualified." When the basis for the discrimination was being falsely regarded as an opioid seeker, Tarlov Cysts were still ruled by the Tenth Circuit to not "qualify" for medical treatment at all.

Rule 60 does not limit equitable forms of relief. It only defines procedure for one type of equitable relief under multiple specific legal theories. This includes Rule 60(d) which also has no time limit for relief due to fraud upon the court or due to manifest injustice.

But even Rule 60(b) can apply to seek relief from a court of appeals judgment. Again, it is just the procedures for an equitable form of relief. And seeking relief from the District Court judgment may not have been available under Rule 60(b) one year after the court of appeals ruling; but relief from the judgment of the Court of Appeals was still available one year after that judgment.

And the timing issue is moot anyway where it applied to the new parties and new claims alleged in UKHA2 and UKHA3.

But there is still a barrier and a gap in the civil rights protections for disabled people that must be addressed on the actual merits, and not upon the ability or inability of the disabled person to do the work of litigation. Eliminating that barrier

requires changing the current case law defining "otherwise qualified" and applying it where the words "otherwise" and "qualified" do not even appear in the statutes; plus having one definition that is applied to both Titles I and Title V equally since both include the same "otherwise qualified" language but the court used different interpretations for Title I than it used for Title II.

This relief will come organically through the motions process of this case. However, I still felt it necessary for compliance with Rule 11 and to avoid wrongful threats and sanctions to expressly declare my intention and basis for again arguing that these health care providers are also subject to the RA, the ADA, and Civil Rights allegations under the same theories that were proposed before, but rejected for the poor quality of pleading.

I am still aggrieved by interpretations of statutes that eviscerate the purpose of the statutes for people discriminated against on the basis of Tarlov Cyst Disease. And the Tenth Circuit empowered the health care providers named in the third party health care cases to become more open and abusive in their discrimination against people with Tarlov Cyst Disease. But this, like all of my rights to relief, will likely only receive consideration if written professionally and even completely by appointed counsel unlimited by the disabilities that I suffer.

**COUNT III – Relief from the judgment of The Tenth Circuit that disabled people  do not have Federal Civil Rights Protections under 42 U.S.C. 1981, 1985, and 1986.**

This count again, I am unsure how to plead; but relief from the judgment is necessary, and specifically relief from the argument that I've already had a ruling on the merits of the legal dispute. Here, the Tenth Circuit was much more explicit however, as well as being factually wrong. And I should have noted above, so I will incorporate this here and there by reference, that I did attempt to write Motions for Certiorari and was so devastated psychologically as well as my advancing physical disabilities that I was unable to brief the Supreme Court for the exact same reasons that I could not properly brief things in the District or Tenth Circuits.

The Tenth Circuit ruled that I only made my claims under section 1981 (which was not true) and that I only cited Congressional history from section 1985 (which was also not true.) But they did not address my arguments on the merits in any way; and thus I have not had a ruling on the merits based upon proper and complete briefing; so my arguments are still within compliance with Rule 11.

The plain language of 42 U.S.C. 1981 says that it applies to "any person or class of persons" and the language "on the basis of race, color, or previous condition of

servitude was removed." Not just the plain language that is in, but also the language that was explicitly removed demonstrates that the Congress in 1866 intended the Civil Rights Act to apply to all persons, and not to be limited to cases of racially based discrimination.

But even if some limiting strategy is demanded by the court, both the District and the Tenth Circuit should have considered on the basis of evidence whether people with disabilities are 'invidiously" discriminated against on the basis of immutable personal characteristics. Disability-based discrimination is so legally and socially similar to racism that the notion that it is somehow less invidious than racism is unsupportable by any set of facts that could be alleged.

Again, this argument will hopefully be better written upon Motions practice; but it is necessary due to the strategies of the court to label me as "frivolous" or "vexatious" to establish that I do have  alegal right to request equitable relief even beyond the scope of procedural rules such as Rule 60. But within the scope of Rule 60, a new action for relief from an appellate court ruling is also allowed. (See Atlas v. Hazel Glass in the commentary to Rule 60).

Furthermore, I do believe it is both within the power and within the duty of the district court when an appellate challenge is imminent and declared at the outset of litigation in compliance with Rule 11 to work to establish the factual background

necessary to resolve the alleged legal dispute. I even believe that this goes so far as to reject res judicata if the arguments made, compliant with Rule 11, are so sound that the court deems that it should adjudicate the merits before the appellate practice begins. Again, this is impossible for me to express in terms taught to lawyers and judges; but the principle is basic and sound. If the current case law is obviously erroneous, or if it is even so probably erroneous based upon the unique facts of the case, the District Court can and should reject stare decisis so that the burden to appeal is rightfully and equitably shifted to the party defending clearly erroneous current decisional law. In other words, If I manage to brief it properly, I am so clearly a ":person or class of persons" that the court should protect my civil rights and place the burden upon the defendants to explain why my civil rights are not worthy of any Federal protection or any Federal cause of action. That way, the Court of Appeals will have both a legal and factual record upon which to determine that yes, it's current case law is both legally and historically wrong, and results in manifest injustice for millions of disabled citizens.

**Count IV – SEEKING RELIEF FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS ALLEGEDLY ILLEGAL AND UNCONSTIUTIONAL PRACTICES FOR THE DENIAL OF APPOINTMENT OF CIVIL COUNSEL.**

I have been denied appointment of counsel at both the District Court and Court of Appeals, with the court's only substantive finding on the issue being that because I typed a large number of pages and demonstrated a modicum of intelligence; I did not qualify for appointment of counsel.

And in the District Court judgments, they also emphasized that the Congress did not create a budget for the appointment of counsel when it added those provisions to 28 U.S.C. 1915 and to the ADA which authorize appointment of counsel.

As an initial matter, let me note that the judicial branch writes its own budgets. If the judicial branch needed funding for appointment of civil counsel to fulfill the will of the legislature in creating 28 U.S.C. 1915 and the ADA provisions for appointment of counsel; all the court had to do was add the amount that they required into their annual budget, and the Congress would have approved it and funded appointment of counsel to whatever extent the court declared it needed funds.

This is a part of the Legislative Branch's respect for the independence of the judicial branch. They do not limit the court's budget. They give the court as much as they ask for. So it was disengenuine possible to the point of fraud to blame the Congress for this District's refusal to appoint counsel for an indigent, disabled litigant with demonstrably valid legal rights to relief.

But there are other flaws with the court's particular procedures, one of which was also noted in the court's reasoning for explicitly denying me appointment of counsel was that I did not list attorneys and give their opinions of my claims to prove that I had sought legal representation.

I did express that I spoke with over 300 attorneys in the course of ten years; and that universally they agreed that I had rights to relief, but the claims were too complex and some even said too dangerous to take.

But the more important point is that I asked several of those attorneys for their permission to list them on the Motion for Appointment of counsel, and four out of five said that asking me the names and opinions of lawyers with whom I had consulted violated attorney client privilege; and could only work to prejudice the court, possibly even creating reversible error.

For example, if I listed a dozen attorneys whose stated opinion was that Judge Vratil was wrong in her interpretation both of the OnForce insurance scheme and the workers compensation law; then Judge Vratil may have been moved to rule in my favor by the fact that I quoted a dozen outside experts in the law despite the tact that they declined representation. Even the fact that one warned me that my life could be in danger and that many that it was not valid workers compensation and belonged in Federal and not state courts; if she then ruled in that way,

58

opposing counsel could argue that she was prejudiced by a dozen outside legal opinions which did not explore the full facts from both sides of the case.

There is simply nothing good that comes from a sitting judge asking for outside opinions from any number of lawyers in any context. That judge cannot thereafter enter any judgment in that case without a valid argument that they were prejudiced by the opinions, unverified, that were recorded in the Motion for Appointment of Counsel.

And perhaps worst of all, the standards applied by my judges are a literal Catch-22. They will not appoint counsel unless you can write a proper initial pleading, then defend it against a round of Motions to Dismiss or 28 U.S.C. 1915 screening processes. Then if you can do that, the court will rule that you were capable of doing that and therefore do not need counsel.

My judges explicitly ruled that constantly recurring stabbing pain to the genitals and rectum and the genuine fear of being murdered could not explain any of the deficiencies in my pleadings; and that the number of pages that I typed was more than enough to have made my case. They then ruled without even considering evidence that even my factual allegations were untrue, even as to the extent, nature and medical cause of my disabilities.

If appointment of counsel requires a competent or even perfect pleading, motions and briefs, then no one who ever successfully moves for appointment of counsel will be appointed counsel because they will be found not to need it.

I further argued that in the first cases (UKHA 1, HCA1, and AdventHealth 1) I clearly and repeatedly stated my need and desire for counsel; but demonstrated that I falsely believed that only the ADA allowed for legal counsel ( I was not aware that 28 U.S.C. 1915 also had provisions for appointment of counsel) and that it required the Department of Justice to declare the case of substantial Federal significance (which is not in fact a requirement under the ADA).

Based upon that process, I alleged that the court has a constitutional duty equivalent to Miranda v. Arizona to inform indigent pro se litigants or our right to request appointment of counsel. I was literally begging for counsel, but did not know the rules, statutes and procedures for getting it. As a result, my first claims were dismissed, and then I was accused of being a vexatious litigant and my next claims which were against different parties and based upon very different facts and legal theories were rejected explicitly BECAUSE I had failed to win in my first cases due to poorly written pleading, motions and briefs.

Thus, in total, the court's denials of counsel were not merely judgments as to my rights and to my need for counsel; but were in fact furtherance of calculated

practices and standards which would always result in denial of counsel, even where the Congress has authorized it. This is alleged to be an unconstitutional refusal to assent to the will of the legislature on the basis of the judges' political and financial considerations and interests; while rejecting any consideration of the merits of my personal need an right to representation by counsel.

## COUNT V – EQUITABLE TOLLING OR ESTOPPEL OF ALL STATUTES OF LIMITATIONS DEFENSES

I want to begin by acknowledging that I know that final tolling and estoppel determinations will be based upon each individual defendant; and I agree that is how it should be.

And I understand the court's opinion regarding the "lumping" of all defendants. That is not actually my intention. This just happens to be a case where the facts are the every defendant contributed to the circumstances which warrant tolling and estoppel in nearly identical ways and for nearly identical motives. And the primary facts which support tolling and estoppel are that the defendants alleged crimes in these cases contributed to very severe physical and psychological disabilities which are the reason that I could not file sufficient pleadings sooner; and still cannot file sufficient pleadings to this date.

I think the court may not believe that I know how bad my pleadings are. I knew that everything that I wrote from December of 2015 onward was woefully inadequate. But I was still trying to get the medical evidence from KU, HCA and AdventHealth for another four and a half years before I even got the proper MRI, as recommended by the Tarlov Cyst Disease Foundation. I struggled and I screamed and I cried every day, knowing that nothing that I wrote was good enough; and that it didn't matter when all of my doctors were now apparently involved in a cover up of Tarlov Cyst Disease itself.

It was as the last day approached to file a malpractice claim against Dr. Harlow Schmidt that I asked Elder Doug Ludwig one last time to help me with Biblical dispute resolution so that I did not have to sue anybody. That was on October 23rd, 2018; and Elder Doug Ludwig told me that I should consider suicide instead.

On November 8th, 2018, I had to start trying even though I had already been failing for almost three years to write the large, complex, Federal pleadings that were necessary in my unique circumstances. I had to file whatever I could write, and beg the court for liberal construction and appointment of counsel.

But the Tarlov Cyst cases had to come before the insurance and workers comp cases, because I would never be able to prove my disabilities without proper

diagnostics, a recommended course of treatment, and doctors available somewhere in the State of Kansas to do all of that.

Even at that, I am still just scratching the surface of how deep and how far the Tarlov Cyst conspiracies go.

To this day, now four and a half years after AdventHealth, HCA, and UKHA were sued to force them to acknowledge diagnose and treat Tarlov Cyst Disease; I just experienced the most extreme of my flare ups of symptoms, other than the one time on April 1, 2022 when I was fully paralyzed from the waist down for more than an hour before my sensation and mobility started to return.

On June 21st, 2023 I woke up in excruciating pain, nauseous and with uncontrollable diarrhea. I nearly passed out trying to find my wallet and keys intending to drive myself to the ER when I collapsed to the ground on my front walk, and was barely even able to speak to the 911 operator when I called for an ambulance.

Because I had pooped my pants and was wearing old torn clothes that I grabbed from the laundry pile out of desperation before collapsing vomiting and pooping in my pants again; by the time I got to the Emergency Room at AdventHealth, they had already flagged me as a suspected opioid seeker of overdose; and the medical staff refused to even acknowledge the possibility that my pain or this thing called

63

"Tarlov Cyst Disease" was real. I asked, and literally over a dozen nurses and doctors of varying specialties who diagnosed and treated me over two days, zero of them had ever even heard of Tarlov Cyst Disease, and none of them believed that there was anything wrong with my spine, or even anything that would explain my vomiting or diarrhea.

Their ultimate diagnosis was as follows:

"ED Course as of 06/24/23 1106

Wed Jun 21, 2023

1035 Patient mention to his nurse that he was

having some suicidal ideations. He does

not have any specifi c plan for harming

6/26/23, 6:39 AM AdventHealth | Your unified patient portal

https://account.adventhealth.com/health-records/visit-

summaries/list/9100/503250435/eKWWodwTek3odOx02ahhJBa6PLRegiCd8vug

CruMmOa43/2… 6/30

not have any specifi c plan for harming

himself but did express desire to talk to

someone about his thoughts. Patient's

labs here are unremarkable. Patient's CT

scan shows evidence of diverticulosis but

no evidence of diverticulitis. No acute

intra-abdominal pathology to explain his

pain or diarrhea. Patient will be

discharged home with medications for

his symptoms after evaluation by

Behavioral Health. [TT]

1108 Patient was evaluated by Behavioral

Health and appears to be acutely

delusional. Patient told the behavioral

health specialist that he is not actively

suicidal now but states he is going to kill

himself in the future. Patient appears

acutely delusional and is talking

nonsensically. BHAC does not feel the

patient is safe to be discharged and will

require an involuntary admission due to

his current mental condition. [TT]

1553 Provider accepting transfer of care: Dr.

Fried

I have transferred care of the patient

from myself to the above provider who

understands the clinical presentation,

work-up, and ED course thus far. They

have agreed to takeover care and and

follow up any pending tests.

[TT]

1700 Case was reviewed by Corrine with

Johnson County Mental Health

regarding involuntary admission. They

believe patient is clear for discharge

home with a safety plan. I am concerned

that patient is very delusional,

nonsensical, and disorganized. I am

concerned the patient may potentially

be gravely disabled and I am not sure

discharge home is a safe disposition for

the patient. Will plan to board patient in

the ER and have staff psychiatrist reevaluated

in the morning to decide if

patient requires voluntary admission or

can be discharged with a safety plan. [EF]

Thu Jun 22, 2023

0015 Provider accepting transfer of care: _Dr.

Raisdana.

I have transferred care of the patient

from myself to the above provider

who understands the clinical

presentation, work-up, and ED course

thus far. They have agreed to takeover

6/26/23, 6:39 AM AdventHealth | Your unified patient portal

https://account.adventhealth.com/health-records/visit-

summaries/list/9100/503250435/eKWWodwTek3odOx02ahhJBa6PLRegiCd8vug

CruMmOa43/2… 7/30

ED Disposition:

Follow up:

Johnson County Mental Health

In 3 days

None

care and and follow up any pending

tests.

-E. Fried, MD

[EF]

0020 Patient care transferred to me from Dr.

Fried. Patient is currently an involuntary

hold until psychiatry can do a face-toface

evaluation in the morning. [BR]

0655 Patient care transferred to Dr. Thiems

who will follow-up with psychiatry after

their face-to-face assessment with the

patient. [BR]

1529 Dr. Jani has evaluated the patient and

cleared the patient from a psychiatric

standpoint. Patient is cleared from a

medical standpoint at this time. Workup

is reassuring. Will discharge home with

close follow-up. Patient appears to be

acting and behaving appropriately at this

time. [GT]

1536 BP: 117/73 [GT]

1536 Temp: 36.9 °C (98.4 °F) [GT]

1536 Heart Rate: 81 [GT]

1536 Resp: 18 [GT]

1536 SpO2: 92 % [GT]

ED Course User Index

[BR] Behnam Raisdana, DO

[EF] Elliott Asher Fried, MD

[GT] Grady Earl Thiems, MD

[TT] Thaison Paul Tran, MD

Diagnosis as of 06/24/23 1106

Acute psychosis (HCC)

Delusional disorder (HCC)

Diarrhea, unspecifi ed type"

72

End Exhibit.

And pardon me for just copy and pasting, I'm just not doing very well at all.

The key to this as it relates to my arguments for tolling and estoppel is that once again, the diagnosis was based upon their being declared to be no abnormal findings in my spine; and thus no medical explanation for any of my complaints of pain or of any of my other symptoms.

While some of these images will require additional explanation, some will not.

This is the image of my L5-S1 joint where the lumbar joins to the sacrum. There is absolutely no disc left. It is completely bone on bone. And yet this is not recorded at all in the written radiology report; and thus my diagnosing physicians and mental health evaluators believed that there was nothing physically wrong with my spine.



This image from the side clearly shows the progressive scalloping of the sacral bone at S2-S3…



And this image from the rear shows the scalloping around the central Tarlov Cyst from a different angle that demonstrates that it is effectively drilling its way, albeit very very slowly, through the bone.



The fact that I now have eleven years of medical history, with the last seven years since January 19th, of 2016 having my mother's opinion that I suffer schizophrenia in my medical records alongside the near universal declaration that there is nothing physically wrong with my spine is why I not only could not get medical care, but was diagnosed as delusional and held under psychiatrict review until their psychiatrist spoke with Johnson County Mental Health who affirmed their opinion that I am not delusional, but just the victim of insane and highly improbable and largely unbelievable conspiracies that all just happen to be true.

The point is that anyone who actually looks at the evidence and listens to me, like Johnson County Mental Health did, knows that I am telling the truth and not delusional.

But falsely accusing me of fraud and mental illness was always the shared legal strategy of all of the defendants. Whether they agreed to engage in that strategy or whether  they all came to it independently as a result of their training and corporate policies; they have all mutually agreed and stated for the court their intention to argue that there is nothing wrong with my spine.

This experience not only proves that the alleged discrimination exists; but clearly demonstrates why it prevents me from getting the medical care that I need to cure my disabilities and thus end tolling (such as under K.S.A. 60-515 for incapacity; or

under equitable principles in acknowledgement that these defendants are still causing the escalation of my disabilities through their prior and ongoing fraudulent practices and acts.

And because every subsequent health care provider bases their diagnosis in large part upon the patient's prior diagnostic history; it is necessary to get the testimony of every single health care provider who has denied my disabilities going back all the way to 2012, when everyone, including The Hartford and OnForce, agreed that I needed surgery to establish why, eleven years later, all of my doctors are now calling my spine "perfect" when it obviously is not.

And even as to the non-health care and non-insurance defendants, my family and the elders of my church; it is necessary to establish their roles since all of them had direct input into what went into my medical records, or in the case of AdventHealth and my church, what would stay in my medical records after everybody knew that it was wrong.

My wife and my mother both directly spoke with Dr. McCowen and made fraudulent and slanderous allegations with alleged motives in racketeering and fraud. My brother and sister had been psychologically manipulating my mother for almost four years before she injected her mental health opinion into my records via Dr. McCowen.

78

And Michelle was 100% by my side until December 15th, 2015 when we were threatened with murder; after which she chose to participate in the obstruction of my claims and medical care; including by accusing me of delusional mental illness to Dr. McCowen, who was the first to ever record such a diagnosis in my medical records.

And the Elders of my church had the most extensive and documented knowledge of the frauds committed against me and of Tarlov Cysts of anyone when they engaged in what I alleged to be retaliation under Title V of the ADA plus conspiracies in violation of RICO between the church, its elders, and the CEO of Shawnee Mission Medical Center and leadership of the Seventh-Day Adventist Church.

Because tolling and estoppel will ultimately rest upon disputes of fact; those issues cannot be ignored in judgment until after the facts have been disputed and evaluated upon which the tolling or estoppel question resolve.

While it will require motions practice and evidentiary hearings to resolve those disputes; as with all of my claims, the court now deems me to be a vexatious litigant because of my incompetence alone. And the defendants have argued successfully that a facial appearance that statutes of limitations has expired bars the claim ab initio, while simply ignoring the questions of estoppel and tolling due to

79

the fact that I cannot write them correctly. So it is necessary to request declaratory judgment in the pleading, rather than merely in the motions practice, because of their fraudulent argument that the facial appearance of statutes of limitations having expired deprives the court of jurisdiction when in fact it requires evaluation of the factual as well as the legal reasons for estoppel; and those are more complex than usual in this case, especially because of the complications that arise from the total concealment of Tarlov Cyst Disease for four years followed by seven more years of fraud as to the relevance and availability of treatment for Tarlov Cysts.

**End Count V**

**Items VI, VII and VIII** are all more specific to the individual defendants than to the first five counts, which are necessary to establish my fundamental civil rights in advance of determining my specific legal rights.

I intended to make it more clear that Counts I through V are intended to be argued as constitutional requirements for the fulfillment of the right to petition for redress of grievances, the right to equal protection of the law, the right to due process of law, and the right to a remedy as guaranteed by the Kansas Constitution. So they are substantive and shared elements of the individual civil rights claims that require rapid adjudication to prevent potentially damaging or even fatal further delays in my medical care.

I'm honestly not trying to skirt the rules. There are just elements of my claims that must be resolved rapidly and I may not survive the delays necessary to complete a full appellate practice in the hopes of achieving remand some day.

But my disabilities have escalated, as have my external circumstances, to the point that I am just not really capable of anything that comes close to the guidelines or the "roadmap" given to me by the court. I'm sorry.

.

.

The purpose of this case is to secure all of the rights to relief necessary to preserve my life; and to end the acts and practices of these defendants; and to deter others from engaging in the same or similar acts and practices.

I am very severely disabled as a result of the acts and practices of these defendants over the course of the last eleven and a half years, ever since I was injured at work.

And I have tried unsuccessfully to make this point for the last eleven years: what these defendants are doing to me and what they are doing to others are ongoing acts and practices; and every day and every act is a new violation, as well as being new evidence of the ongoing patterns of acts and practices. If someone robs one bank, it might just be one bank robbery. But if they rob another bank every day, it's a pattern of practice that needs to be addressed differently than if it were just one isolated act.

None of these defendants only committed their crimes one time, or only against me. None of them ever stopped. No matter what else this court may rule, I need this court to order them all to stop; because so long as the defendants are confident that their lawyers can defeat me, they will never stop on their own free will.

This point is hard to express, but what these defendants believe in is not only "efficient breach of contract" but also "efficient breach of law" and "efficient fraud" including "efficient fraud upon the court." In other words…all of their abusive practices committed against me are their standard practices committed against everyone similar to me.

Their attorneys are not just defending them after they commit frauds and crimes. Their attorneys are training them and directing them in the commission of further frauds and future crimes.

83

And as to their motives, companies like The Hartford and Berkshire Hathaway and CEOs like Warren Buffett have discovered a nearly limitless pool of what they call "Free Money" to be had by defrauding injured workers out of their medical care and benefits. Abusive litigation tactics are not only cheaper than surgeries; but they also encourage waiver of substantial rights to compensation and medical care just to end the psychological trauma of the litigation process. This is not only a standard tactic in workers compensation; this is a tactic that I recorded the attorneys from McAnany, Van Cleave and Phillips training to my claims adjusters at The Hartford during the 2014 Annual McAnany, Van Cleave and Phillips Seminar on August 7th, 2014. In other words, I am not only alleging that litigation abuse is trained as a business strategy to claims adjusters for The Hartford and Berkshire Hathaway and others. I am proving it with audio recordings of MVP's actual training seminar.

And I am further alleging that among the new violations committed against me is the decision by my family to choose McAnany, Van Cleave and Phillips as their legal representatives and the decision of MVP law to accept their case; when it is not the type of case that MVP would normally represent. This again, is hard to explain and is inferred from the totality of facts, and in one sense, I do believe counts more strongly against my family than against MVP. For my brother, choosing MVP was an act in conspiracy to cover up the crimes committed against

me for my family's personal financial motives. Whereas, for MVP, they could believably argue that Steve Sullivan was just another client and Scott Sullivan was just another opposing party. It's just that that would not be true. It would be believable, but not true; and therefore the court would rule against me because what I am alleging, which is the truth, is less believable than the lies.

And in addition to finding a vast pool of virtually helpless victims; they have discovered and even cultivated cultural prejudices whereby no one cares how much they hurt injured workers, because all injured workers are presumed to be malingerers if not outright frauds.

This prejudice pervades the entire society, including at least half of our judiciary. I'm sorry. But that is my observation and that is my testimony; and I do intend to document it not only with the specific details of these defendants acts but also with the scientific and survey data and the patterns of judicial rulings in this and similar cases which demonstrates that these prejudices…prejudices intentionally cultivated by companies like Berkshire Hathway and The Hartford…have corrupted our courts to the point that constitutional rights to petition and rights to relief are no longer available in The State of Kansas.

And because this is an allegation against the judicial culture of Kansas, it affects both state and Federal courts in Kansas. In other words, the problem is not just individuals, but an entire judicial philosophy that has gone far, far astray from what is guaranteed or promised by our constitutions.

.

1) My name is Scott Sullivan.

2) I am a workers compensation claimant in The State of Kansas.

3) I also have Tarlov Cyst Disease in The State of Kansas.

4) And I am being tortured to death by these defendants, including by The State of Kansas.

5) To be clear about this allegation, medical treatment is being withheld from me as punishment for reporting the crimes of the defendants; and as political opposition to the laws that were supposed to protect me. This include the

86

Kansas Workers Compensation Act, The Kansas Consumer Protection Act, the Kansas Acts Against Discrimination; and the Federal statutes: The Rehabilitation Act, The Americans with Disabilities Act, The Civil Rights Acts of The Reconstruction Era (42 U.S.C. 1981-1988), The Emergency Medical Treatment and Active Labor Act, The Racketeering Influenced Corrupt Organizations Act, and the constitutional and common law principles which we have disputed between the parties. (This list is stated without limitation, and with the explicit declaration that I do not willingly surrender any legal rights to relief solely on the basis that I may be unfamiliar with my full rights under the law AND physically and mentally incapable of defending them.)

6) Additionally, because I have been unable to retain counsel due to the complexity and dangerous nature of these claims; I have been requesting appointment of counsel in every civil and criminal litigation context for more than eleven years. This has put me in opposition to the prevailing opinions of my judges, who are universally and staunchly opposed to appointment of counsel for civil litigants, even in claims under the ADA where appointment of civil counsel is authorized by statute; and even for an indigent, disabled plaintiff where appointment of civil counsel is authorized by the terms of 28 U.S.C. 1915.

87

7) I am alleging that my advocacy for civil appointment of counsel is one of the motives for the torturous retaliation that I have experienced from opposing parties and from judges.

8) But the other primary motive for this decade long pattern of torture is that I have reported the crimes not only of the defendants, but also the further crimes committed by their attorneys and by judges. And I will attempt to itemize these below, but I suffer terrible, crippling fear especially when it comes to attempting to plead the crimes committed by lawyers and by judges.

9) To help put this into perspective, one of the arguments made by attorney Rachel Ommerman in the case of "Barclay's Bank Delaware v. Sullivan" was explicitly "Mr. Sullivan needs to learn that there are consequences for suing attorneys." I am not overstating her position, or that repeatedly advanced by attorneys and judges, that attorneys and judges cannot be held liable under any civil or criminal law for violations that they commit in the course of litigation.

10)    This is almost always, but not always true…that attorneys and judges have very broad immunities and privileges during the course of litigation. But whatever those limits may be determined to be, these attorneys and these judges went too far in cases where my medical care and thus my very

survival are in the judicial balance. So I am forced to litigate every violation by an attorney or a judge to save my life. They are not forced to do anything. They choose to defend these clients and they choose how to defend their clients; and they do so believing that there can never be consequences for what an attorney or a judge does during litigation.

11)    The result is thousands of innocent people have died in the last ten years as a result of medical fraud, neglect and discrimination; as a result of workers compensation fraud committed by insurers, lawyers, doctors and even judges; and as a result of the near complete lack of medical treatment nationwide for people with Tarlov Cyst Disease. And all of these are practices that could have been ended and should have been ended long before I ever became a victim. But more importantly for now, these are all practices that are subject to declaratory and injunctive relief, even against lawyers and judges; and obstructing THAT relief for me is why that relief is still not available for others who are victims of the same crimes, often by the same companies, nationwide for the past ten years.

12)    What I am trying to say is this…THESE defendants are personally responsible for tens of thousands of wrongful deaths that could have been prevented in the past ten years if THESE defendants had not committed THESE crimes against ME to prevent me from getting declaratory and

injunctive relief in my cases that would have also saved ten thousand innocent lives. These people have tortured me for ten years, and in so doing have caused and / or contributed to tens of thousands of wrongful deaths.

13)    I do not agree that their self-declared immunities and privileges protect them under the facts of this case. But, even if the court decides to maintain those self-declared immunities and privileges at the District Court level so that they can be resolved later at the Circuit Court level, thousands of innocent people will continue to die every year until these practices stop.

14)    I will not survive much longer. It is only by the Grace and Providence of God that I am still alive to this day. But, when I die, it might be another eighty years before someone else even gets this close to achieving justice for people with Tarlov Cyst Disease and for America's injured workers.

15)    And that is why every court must give every American citizen the full measure of due process of law in every, individual case. You never know until you know when one case is literally a once in a century case for which there is no justice simply because of the way in which our judicial branches and our laws themselves have been manipulated and corrupted.

16)    For clarity: "corruption" does not just mean taking bribes. Corruption also means that the system is just broken beyond its intended function or use. I've phrased it this way hundreds of times: "efficient administration of

justice is a ratio, just like all efficiency ratings. It is the amount of justice

divided by the cost that it took to achieve it. If cases are resulting in zero

justice, then the efficiency rating is "zero" no matter how much money you

saved getting rid of the case "efficiently."

17)      In other words, what has been achieved universally in all of my cases

for the past eleven years is the efficient administration of literally zero

justice.

18)      And our state and Federal "administrators of justice" should be held

accountable for that.

19)      The defendants' and the courts' position is that the disabled pro se

litigant who refuses to hire an attorney receives the "justice" of having their

claims all dismissed upon technical flaws in the pleadings. Technically

imperfect pleadings are "supposed to be" dismissed; and that is how they

derive their definition of justice in defense against my allegations.

20)      But I never refused to hire an attorney. I spoke with hundreds, and

consulted with perhaps a dozen in detail. Most only needed the general

outline of the crimes committed against me to decide that they did not want

a case this complex. I did in fact hire two attorneys, including Melinda

Young of The Law Firm of Bretz & Young; and both ultimately wanted to

pursue what I believed would prove to be an illegal course of action. And to

emphasize the importance of this pro se vs. attorney disparity within the courts…an attorney could file frivolous and even illegal claims on my behalf and face no consequences, just like opposing counsel can file as many false and fraudulent arguments with this court in defense of the defendants as they wish and face no consequences. But I, as a pro se litigant, if I file a fraudulent request for benefits with the Kansas Department of Labor's Workers Compensation Division, I could be charged with fraud.

21)    I refused to allow my first lawyer to file in the Kansas Deparment of Labor at all in January of 2013; and fired him when he refused to even request a copy of OnForce's contracts to determine if the work comp court even had jurisdiction. With Ms. Young and Mr. Bretz in December of 2013 through April of 2014, I informed them of the full details, and let them file what they felt was appropriate; thinking that it would lead to discovery and that they would get me out of the work comp court if it in fact did not have jurisdiction. Instead, when my attorney discovered that OnForce's insurance scheme was likely fraud, she moved to withdraw from my case, but filed a surprise Motion for Preliminary Hearing to be held immediately after she was released from her contract to represent me. This was alleged to have been done to cover up what she then knew to be fraud; and to throw me, her client "under the bus" even though I had been begging them for four months

92

to get the contracts and get me out of work comp if OnForce really did not have authority to control my medical care as they had been doing for two years.

22)    There is nothing I can do to overcome the pain that I am feeling at this very moment. There is nothing I can do to continue to write anything even close to coherent when I suffer this much pain every time that I try to sit up and type for an hour.

23)

24)    On December 15th, 2015 I was threatened with murder by The Supreme Court of Kansas to cover up the illegal insurance scheme of which I am a victim, to cover up Tarlov Cyst Disease itself, and to cover up the four years of relentless litigation abuse and judicial corruption that I had endured, uncovered and pleaded to the court.

25)    I was injured at work on January 9th, 2012.

26)    It is now June 25th, 2023 and I still have not had one single treatment appropriate for either Tarlov Cysts or for the herniated discs … which were the sole diagnosis that I was made aware of from January 9th, 2012 through October 15th, 2015 when the cysts were first revealed to me.

27)    The Tarlov Cyst Diagnosis was withheld from me, allegedly fraudulently and maliciously, until October 15th, 2015. This is important,

because with respect to the Tarlov Cysts, I am very explicitly arguing that the concealment of the Tarlov Cyst Diagnosis was NOT an issue of medical malpractice. It was intentional, malicious, and is a standard business practice of all of the health care providers to NOT tell patients when we have Tarlov Cysts. It's not a mistake. They intentionally do not tell us when they find Tarlov Cysts. And every MRI, every CT, plus my myelogram all show the steadily progressing damage from the cysts within my sacrum.

28)    Each of these is declared as evidence that even when specifically asked to report all Tarlov Cysts that they find, radiologists and surgeons and other ordering physicians at each of the involved health care practices refuse to disclose the Tarlov Cysts to patients; and discount all reported symptoms attributable to Tarlov Cysts when making their diagnoses and medical records.

29)    Labeling all Tarlov Cyst patients with mental illness; or "flagging" us as suspected drug seekers or frauds …these are business practices. These are not innocent mistakes. And thus not subject to medical malpractice as an exclusive remedy. These are alleged as discriminatory practices as well as disparate impact for people with Tarlov Cyst Disease in all aspects of health care, insurance and even litigation.

30)    And, to ensure clarity on this point: even in instances where an individual doctor or nurse may have received no training ever on Tarlov Cysts; it is alleged NOT to be medical malpractice because it is still not negligence that causes the damages. It is fraudulent diagnosesdue to the refusal of health care providers to properly train and supervise medical staff on how to diagnose and treat Tarlov Cysts; or even how to refer patients to a Tarlov Cyst expert.

31)    What happened to me at most of my ER encounters, including just this past week, is because hospitals refuse to train staff how to identify Tarlov Cyst patients; but they emphasize training staff how to identify mentally ill or drug seeking patients for the purposes of "patient dumping" policies which violate the EMTALA.

32)    So Tarlov Cyst patients are collateral damage in the opioid drug war.

33)    But those same hospitals still bill insurance and Medicaid or Medicare for the services provided to the patients that they dump as a result of their business practices.

34)    I was billed over $40,000 by menorah Medical Center for an ER visit and overnight "observation" on May 15th 202s; and never even received the MRI that they promised to perform in the morning if I agreed to stay overnight. Every one of my medical providers, including doctors, nurses,

and two interns admitted that they had never heard of Tarlov Cyst Disease; and persistently treated me like a faker or a drug seeker; but still billed insurance for my care, even though it was "intentionally negligent" care from which I was never going to be able to receive any medical or consumer benefit.

35)      Tarlov Cyst patients are caught up in these illegal patient dumping practices and fraudulent billing schemes routinely because hospitals train their staff to look for signs and symptoms  which people with Tarlov Cyst Disease will have…including the fact that we have symptoms like "back pain" but our doctors claim that they cannot find a physical cause. Hospitals don't train "Look for Tarlov Cysts." Hospitals train "The patient is probably drug seeking, a fraud or mentally ill. Patient-dump them; but bill for as much as you can first."

36)

37)

38)      It's all just too impossibly and inextricably interconnected; but too difficult for me to write it properly while I am suffering these excruciating pain and mental health symptoms caused by more than a decade of litigation abuse and denials of medical treatment.

39)      And on December 15th, 2015 The Supreme Court of Kansas

threatened to have me murdered if I did not drop my claims against

OnForce, Twin City Fire Insurance, "The Hartford", Berkshire Hathaway,

and the lawyers and judges who had been involved in the nearly four years

of relentless litigation abuse subsequent to and related to my workplace

injury and workers compensation and fraud and other claims against the

defendants.

40)      Of note, and I specifically asked this question…I was not ordered to

drop my then pending claims against Barclay's Bank Delaware and the law

firm of Berman and Rabin. It was in part the fact that they did not demand

that I drop my claims against Barclay's and Berman and Rabin that I knew

that the threat originated with Berkshire Hathaway due to their involvement

in the OnForce Insurance Racketeering Enterprise which is at the foundation

of these claims. The explicit demand from The Supreme Court of Kansas

when I was threatened with murder was that I drop the Berkshire Hathaway

related claims; with no demands made with respect to the non-Berkshire

Hathaway related claims.

41)      I did eventually settle my claims with Nebraska Furniture Mart;

though I did so under duress, and I explicitly stated before Judge Paul

97

Gurney on April 6th, 2016 that I was ONLY signing the NFM settlement demands under extreme duress.

42)     I did also eventually settle my claims with Barclay's Bank Delaware and Berman and Rabin. However, those claims were also surrendered under duress; with the exception, which I admit, that Berman and Rabin and Barclay's Bank paid damages sufficient to cover the direct financial losses due to the allegations against them. NFM, by contrast, paid no damages, admitted no wrong, and did not change their allegedly illegal financing practices, except in-so-far as they modified their financing contracts to force a waiver of trial by jury and miscellaneous other technical changes. They did not, however, correct their allegedly deceptive, unconscionable, and illegal financing and debt collections practices as were alleged in the underlying claims against them.

43)     Of note, however, I did manage to demand changes to the language of the Nebraska Furniture Mart settlement demands such that they included ONLY those claims which were then still pending in case 13CV03089; and preserved my right to seek relief for all of those allegations which Judge Gurney had ruled were "not yet ripe" and would not allow me to add via supplemental pleadings. Were I not able to accomplish that, it would have meant that nearly four years of abusive litigation was NEVER subject to a

petition for relief, not even for declaratory and injunctive relief. The crimes committed during the course of litigation were to be litigated after the underlying debt collection, defenses, and counter-claims were resolved. (And I know this is not how the law actually works. I am describing how it was argued and ruled; and explicitly that it was argued and ruled contrary to what the law actually is. I always actually did have the right to seek declaratory and injunctive relief. It was just NFM and Judge Gurney's misstatements of the law that I had to wait for the harms from the abusive litigation to "ripen" before I could sue for relief. But then they forced me to sign a settlement release, allegedly through the threat of murder; and it was all I could do to try to preserve those rights to seek relief at a later date.

44)    And this is a big part of why I can not protect my own rights without appointment of counsel. The claims are too big, too complex, and frankly too terrifying for me to write. I cannot write without rambling because a hundred people committed thousands of inter-related crimes against me for more than a decade to prevent me from getting workers compensation and disability benefits.

45)    And as it turns out, my doctors knew since April 3rd, of 2012 that I have Tarlov Cysts, and they never even told me until October 15th, 2015.

46)     BY the time that any doctor told me that I have Tarlov Cysts, I was

already the victim of nearly four years of litigation abuse; the intended

purpose of which was to deprive me of medical care and disability benefits

under workers compensation (or my contract with OnForce); and the method

of which was for everyone to systematically deny that my disabilities are

real; and instead to accuse me of drug seeking behavior, workers

compensation fraud, disability fraud, and/or mental illness.

47)     What I am describing is four years of "scorched earth" character

assassination before I found out that I have Tarlov Cysts; and then I was

threatened with murder two months later, by no less than the Supreme Court

of The State of Kansas.

48)     I have been threatened with murder explicitly three separate times.

49)     The first was by my sister, Susan Williams, who threatened to shoot

me just for having filed a workers compensation claim and for having

accused OnForce of fraud and asked my mother to assist me with getting law

enforcement protection. That threat came on March 12th, 2012, even before I

got my first MRI and was confirmed to need surgery by doctors Wakwaya,

Ciccarelli, and Hess.

50)     The second explicit murder threat was on March 31st, 2014; when I

was threatened with murder by a house guest of Jonathan Keck's…Craig

Cunningham. Mr. Cunningham threatened to murder me in the name of the demon Marcosias because I said that no amount of demons and human souls could overpower God. That one's not directly related to any of the pending claims.

51)     The third threat of murder came from The Supreme Court of Kansas through my wife, Michelle Safford on December 15th, 2015.

52)     In addition to these explicit threats of murder, I was also warned on multiple occasions that I might be murdered. One was by my mother, who on September 3rd, 2012 said "They don't kill people on the operating table. They might shoot you." The second was from attorney Peter Jouras, who, in November of 2012 (I forget the exact date) warned Michelle and I as we were leaving his office "Be careful. I am afraid for you guys." This was admittedly less explicit; but it seemed understood from the tone of his "be careful" that he was worried that we could be physically harmed or even murdered due to the massive scope of the OnForce Insurance Racketeering scheme of which I am a victim.

53)     There was also an inherent threat or warning in the words of Elder Doug Ludwig on October 23rd, 2018…just weeks before I filed my first claims…when he advised that I should just commit suicide, because "there are too many evil people" involved who would not ever allow me to prove

their crimes. His honest and honestly compassionate opinion was that I would be better off killing myself because my murder might be far, far worse.

54)     And I'm sorry if I am still pleading "too much of the wrong stuff." But I've been making this point and ultimately proving it for more than ten years; that you don't know what is relevant until you see and hear the entire story. Knowing that I am not alone in my fear that I could be murdered over this is relevant both to prove my mental fitness and to explain my mental health disabilities. In other words…I am not delusional or paranoid. Everyone knows that I am telling the truth. I am not even the only person who thinks that I will be murdered over this. So none of that is born of delusion or paranoia. These are real fears. But, these are real fears. I cannot deny that I am terrified, depressed, and hopeless specifically because of the threats to murder me if I pursue these claims. But my judges have ruled that neither my physical disabilities nor my mental health can explain my failure to write proper pleadings; and I am still arguing, it does.

55)     But more importantly, now that the case has evolved for another four years, the fact that causing me to have this fear was a legal tactic employed by defendants makes the questions of my physical and mental health not only relevant to appointment of counsel and my incapacity to defend my

102

own rights; it is relevant to the new and ongoing claims that the emotional

trauma, the medical negligence, and the threats of murder are all

continuations of the same patterns of practice, only they get more violent the

closer I get to actually attaining any measure of justice.

56)    I was forced to ONLY sue the people who were not directly involved

in the threat to murder me; because suing the people who threatened to

murder me threatened to get me murdered.

57)    But when my judges used the exact same prejudices as everyone else

to deny my claims and even to deny my disabilities without considering any

of the medical or scientific evidence; it made it necessary as my last attempt

at any form of justice in this world to sue everyone, including those who

threatened to murder me, because I now have to prove that being threatened

with murder actually does incapacitate people psychologically…even when

we become so desperate for medical care and justice that we are willing to

admit that we were threatened with murder, knowing that it will just be used

against us as more evidence of alleged mental illness.

58)    I really, really wish I was not a first person victim of all of these

things. I wish that I could allege that I have no standing to bring these claims

other than speculation about what might happen if I do or if I don't. But

what I am alleging are actual facts that actually happened, including the

threats of murder and the warnings of murder that have been going on for

more than ten years all because I was injured at work and turned out to

actually have developed Tarlov Cyst Disease as a result.

59)

60)

Defendants' Individual Counts:

COUNT VI:

VI.    OnForce, Inc. c/o Twin City Fire Insurance;

    1.  OnForce, Inc. was a software company that operated a website called

       "OnForce.com."

    2.  OnForce.com was an internet marketplace, analogous to eBay, but

       with a different business model and focus. OnForce.com connected

       "Service Professionals" such as myself with "Service Buyers" such as

       Agilisys.

3.  I was a customer of OnForce.com as a "service Provider"; and I paid a fee of 10% per work order to use the OnForce.com software platform to manage contracts with Service Buyers.

4.  Agilisys was a Service Buyer who also paid fees of 10% per work order to contract with Service Providers such as myself.

5.  On April 3rd, 2011, OnForce began a new policy of force placed insurance coverage for sole proprietors, or for any Service Professional on the OnForce.com who elected to insure their OnForce work orders through OnForce, rather than through private insurance from an insurance agent or company.

6.  OnForce was never a licensed insurance agent or insurance company in The State of Kansas, and thus was not authorized to "sell" insurance of any kind.

7.  As documented in Exhibit 1 of the original pleading, OnForce did not "sell" insurance or offer insurance sold by another company. OnForce charged fees totaling 4.7% per work order to be covered under their corporate insurance policies, which they advertised as underwritten by "The Hartford."

8.  The fees were deducted from the contracted amounts between the Service Buyer and the Service Provider. The deduction was taken

105

only from the service providers, or workers; who then in the event of an injury become the claimant in a workers compensation where they are also the person who paid for the insurance. This arrangement is illegal under Kansas insurance and workers compensation statutes and regulations.

9.  I was injured at work on January 9th, 2012 while performing a work order on a contract between myself and Agilisys to provide an estimated four hours of labor for a flat fee of $120. That work order was performed and my injury sustained at the Talbot's store in Oak Park Mall, in Overland Park, KS.

10. In addition to my $12 fee for use of the OnForce.com platform, I was also billed by automatic deduction $5.64 cents for coverage under OnForce's corporate insurance advertised as underwritten by "The Hartford."

11. I reported my injury to my contact at Agilisys and to the local manager at the Talbot's on the day of my injury; but was able to complete the last few tasks on the work order with the assistance of the managers of the Talbots.

12. Thinking that I had just suffered a lumbar strain, I did not immediately seek medical care or file a workers compensation claim

until January 30th, 2012, after I was evaluated but denied medical

treatment at St. Luke's South (their explanation being that because I

was injured at work, I was required to go through work comp. They

said it as if it was a law.)

13. At my initial contact with OnForce, via their designated workcomp

email address, I was put in contact with Mike Fiske, who claimed not

to know the claims process yet. I was apparently the first or possibly

the second person to suffer an injury under OnForce's alleged

Insurance Racketeering scheme.

14. I was then placed in contact with a claims adjuster named Laduska

Haney, who identified herself only as employed by "The Hartford"

She made no mention of Twin City Fire Insurance of of the fact that

there is no such company as "The Hartford". That is just a trademark

name used by all subsidiaries of The Hartford Financial Services

Group as they often criss cross and interact in the handling and

litigation of individual claims.

15. From February 10th, 2012 when I first spoke with Laduska Anne

Haney of "The Hartford" my only contacts with OnForce directly

were to request accommodated work opportunities; which they

claimed that they could not do because they have no control over

which work assignments to to which Service Providers. I was told to

"assign your own light work." When I asked it that was normal for

workers compensation I was told by Mike Fiske "This is a different

kind of policy."

16. I tried again to make arrangement to accept a work order that had

been languishing unaccepted; but when I asked OnForce if I could

take an assistant with me to do the lifting, they told me that I could not

unless they were a registered OnForce service provider and I

contracted with them as a registered service buyer. Otherwise, I was

prohibited by their insurance policies from bringing an outside

assistant to help me with any lifting.

17. The next and last time that OnForce, Inc. was involved directly in my

workers compensation claim was in the events leading up to their sale

of the OnForce, Inc. company to Adecco on August 11th, 2014. Those

details are included below in the claims against John M. Graham Jr.

Melinda Young, Judge Hursh and Tim Elliot, et. Al; and incorporated

herein by reference.

18. OnForce and Peter Cannone were the only ones presumed to be aware

of the impending sale of OnForce to Adecco when the foregoing

defendants conspired to delay and then to completely obstruct my

workers compensation claim until after the sale to Adecco was completed.

19. OnForce was sold to Adecco at approximately 3:45 a.m. local time in a sale that closed at Adecco headquarters in Geneva, Switzerland. Approximately 30 mintues later, my attorney, Melinda Young, who had already filed a Motion to Withdraw from my case and rescheduled it once to be delayed until August 13th, 2014, filed a Motion for Preliminary Hearing which she, John M. Graham, Jr, and Judge Kenneth Hursh and Tim Elliott conspired to have called to order by surprise immediately after Ms. Young was released from her contract and her attorney left the room. This series of events as they were revealed to me are detailed in the Exhibit Transcript from August 13th, 2014 Motions Hering.

20. This is alleged not to have been Peter Cannone or OnForce's final act in their alleged participation in the OnForce Insurance Enterprise; as everyone was aware of the ongoing pendency of my workers compensation case; as well as their unstated knowledge that the Kansas Workers Compensation Court had no legal jurisdiction under OnForce's illegal and fraudulent scheme.

109

21. OnForce remained as the listed Respondent and Twin City Fire
    Insurance remained as the listed insurer/Respondent throughout the
    entire process of Motions for Relief from Judge Hursh's rulings and
    appeals to the workers compensation board, which were all rejected
    on purely technical grounds; while everyone continued to conceal the
    true lack of a valid insurance contract and therefore the lack of
    jurisdiction in the workers compensation court.

22. This process of appeals continued through February of 2015; during
    which time I continued to seek counsel and to attempt to secure proper
    diagnosis and recommendations for treatment until the events of
    October through December of 2015 when I was finally diagnosed with
    Tarlov Cyst Disease and almost immediately denied any medical care
    or diagnosis by The Hartford, demanded to sign settlement
    agreements with Berkshire Hathaway and Nebraska Furniture Mart
    (which I declined to do, still on the advice of my attorney, Melinda
    Young.) until December 15th, 2015 when I was threatened with
    murder by The Kansas Supreme Court and demanded to drop all of
    my claims.

23. That threat came just over three weeks before my four year statutes of
    limitations to pursue Federal claims against OnForce would expire, on

January 9th, 2016. I was not even able to get my first follow up visit with Dr. Ruiz scheduled until January 19th, 2016; so there was no possible way for me to get the evidence necessary to prove my disabilities at that time; and the threat of murder was fresh and real; as will be documented from the evidence and testimony of Michelle Safford and other defendants involved.

24. I am seeking relief under RICO alleging that Onforce itself is an enterprise which was conducted through patterns of wire and mail fraud from April 3rd, 2011 when OnForce first advertised and implemented their illegal insurance scheme. In this context, the CEO and employees of OnForce including without limitation Peter Cannone and Mike Fiske conducted the affairs of the enterprise through patterns of wire and mail fraud, obstruction of justice and witness intimidation and threats of murder. I understand that a Rule 11 complaint dispute will arise over this definition of "enterprise" and a corporation's inherent corporate liability for the damages caused by its employees.

25. I am further alleging that the combination between OnForce, The Hartford, Berkshire Hathaway, and all of the disclosed and yet undisclosed subsidiaries of The Hartford and Berkshire Hathaway

constituted an enterprise-of-fact; as it was a combination explicitly
created by the named enterprise participants for the purpose of this
particular illegal insurance scheme. In this context, OnForce is the
"individual" entity which conducted the affairs of the enterprise thus
incurring direct liability.

26. I am also seeking relief under common law fraud, breech of my
contract for insurance coverage with OnForce; and tortious
interference with my contracts for private health insurance and with
all contracts for medical services between myself and my doctors,
including all doctors both within and outside of the OnForce
Insurance Enterprise as it is defined in this case.

27. Additionally, I am alleging that I as a consumer and OnForce as a
supplier are subject to the Kansas Consumer Protection Act. This was
not a contract for insurance. This was a contract for the use of the
OnForce.com platform which enticed both buyers and sellers of
services to use their platform over other competitive platforms like
FieldNation or WorkMarket; and the entire insurance promise was a
lie with each day that that lie was maintained constituting a separate
act and subject to penalties of up to $10,000 per day.

28. And because OnForce knew of and intentionally exploited my infirmity as a protected consumer under the KCPA, I am asserting the right to Enhanced Civil Penalties totaling up to $20,000 per day for every day that their practices are ongoing.

29. Because Twin City was the named insurer respondent at the time of my accident and throughout all of the subsequent alleged racketeering predicate acts to conceal the frauds; they are alleged to be fully liable for all damages incurred and owed by OnForce, including those beyond the limits of workers compensation as Twin City was the most direct and most openly fraudulent of all of OnForce's coconspirators and enterprise partners.

## COUNT VII - WORKMARKET

VII.    WorkMarket, is the successor to OnForce;

30. Having acquired OnForce in August of 2017 while my workers compensation case was still pending in the Kansas Workers Compensation Court, WorkMarket continued to operate OnForce.com as a separate unit while completing migration to fully absorb OnForce service providers and buyers and OnForce's insurance policies into the

WorkMarket.com platform. As such, WorkMarket assumed all pending operational liabilities of OnForce, and this was by design and presumably reflected in their purchase contracts.

31. Of additional note, WorkMarket even maintained the workers compensation  insurance policy underwritten at that time by Wessco, which was allegedly a "last-chance insurer" for OnForce's alleged insurance racketeering schemes having already had their policies cancelled by Twin City Fire Insurance, The Travelers, and CNA. Their insurance was literally cancelled every time a worker filed a claim.

32. The Wessco "Last chance" insurance was allegedly arranged by Berkshire Hathaway to maintain OnForce's operational status while they completed their successive sales from OnForce, Inc. to Adecco and then subsequently from Adecco to WorkMarket. (Exhibit, Kansas Workers Compensation Insurance Validation



33. An additional factor was OnFOrce's relationship with Apple Computer, which was allegedly their initial reason for implementing these illegal insurance practices. Apple cancelled their relationship with OnForce on November 6th, 2015; thus destroying a large portion of OnForce's market value and this was a factor in the escalation of their retaliatory acts in December of 2015 and beyond.

34. When WorkMarket acquired OnFOrce, they were fully aware of the legal disputes over the validity of the insurance and even the fact that the disputes which I personally raised were responsible for Apple's departure from the enterprise.

35. WorkMarket none the less chose to continue to advertise their insurance offering as "workers compensation" though without charging the fees. Thus they were still engaged in the core illegal element of the enterprise; which was falsely advertising the insurance as "workers compensation" to fraudulently hold any claims which arose in workers compensation courts with damage limits and full control over the injured workers' medical care to which they were not entitled as not-an-employer and not legally insured under the workers compensation acts of Kansas and presumably nearly every other state.

36. As additional evidence of WorkMarket's knowledge of the illegality of the insurance enterprise; they eventually settled upon a legally offered "Occupational Accident Insurance" commonly used with owner-operator truck drivers. The point being that every insurance expert involve at The Hartford, Berkshire Hathaway and all of their susbsidiaries plus every lawyer and every judge in the Kansas workers compensation system knew that a legal insurance alternative existed; but it was OAI which is not subject to damage caps or control of the patients' medical care. It is therefore inferred that WorkMarket as well as all coconspirators and other participants in the enterprise of fact remaining the same except for Wessco, a division of Berkshire Hathaway, replacing The Hartford as the insurer and adjusters of any claims that were filed. But it stll required the continuation of the ongoing frauds and cover ups after WorkMarket acquired OnForce.

37.

38.

## VIII.    Peter Cannone

39. Peter Cannone was the CEO of OnForce at all times that the OnForce Insurance Enterprise alleged herein was being designed and

implemented by OnFOrce, The Hartford, and Berkshire Hathaway and their various disclosed and undisclosed subsidiaries.

40. Mr. Cannone personally created marketing messages such as blog posts and emails promoting not only the benefits of the OnForce Insurance Scheme; but also affirming the legitimacy of the insurance by emphasizing the underwriting by "The Hartford" and the involvement of Berkshire Hathaway and United States Liability Insurance.

41. Mr. Cannone was aware at all times that the underlying insurance offering was illegal; and would not confer legal jurisdiction upon workers compensation courts in Kansas and elsewhere; yet he maintained the fraud from February of 2012; when he was undeniably informed by The Hartford's claims adjusters and investigators that this entire insurance scheme was suspect and likely illegal…until some time after August 11th, 2014 and the alleged conspiracy between my attorneys, Mr. Graham, Jr. Mr. Elliott, and Judge Kenneth Hursh to delay my claims long enough to sell the company for an inflated market value; and then to further destroy my claims so that I would never receive any form of either medical care or disability benefits proper for my injury and subsequent disabilities.

117

42. At no point did Mr. Cannone take any action to fulfill my contracts or to ensure that I received just compensation and medical care; even after he successfully delayed my claim long enough to meet his personal and corporate financial motives for the frauds. In other words…even when he got away with it and cashed out, he still would not end the ongoing frauds so that I could get medical care and not die. I have absolutely no concern for Mr. Cannone's health or wealth that he will not be treated justly by the court if the full facts are allowed to be presented.

43. Every day that Mr. Cannone allowed The Hartford and their subsidiaries to control my medical care from February 10th, 2012 through August 13th, 2014 was an additional predicate act in violation of RICO.

44. Additionally, when Mr Cannone was summonsed and chose not to respond until after being contacted by the attorneys already representing WorkMarket, he allowed those attorneys to continue to advocate and profit from the fraudulent arguments raised by WorkMarket when both WorkMarket and Peter Cannone have a mutual conflict of interest as their only Rule 11 compliant defenses are to blame the other party exclusively for any and all damages

which occurred outside of their personal control of the company. But, by conspiring to present and to profit from fraudulent arguments before the court; they are now, instead, each mutually liable for any and all damages caused by the other. I've tried to make this point to lawyers before: you can't start lying, because then you don't get to stop.

45. Mr Cannone and WorkMarket have now officially conspired to commit frauds upon the court which will require that both commit and or suborn perjury to support their defenses.

46. Hence Mr. Cannone is liable under RICO for his own personal acts of interstate wire and mail fraud, consisting of every email blog post or other electronic communication which he created and distributed in furtherance of these frauds. Only discovery will reveal the full extent and number of his violations.

47. But in addition, Mr. Cannone has now conspired to suborn perjury and commit further acts of wire and mail fraud; and has knowingly reentered the conspiracy which led to the December 2015 threats of murder, extortion, and blackmail. And to every single day for more than eleven years being fraudulently denied medical care for a crippling spinal injury.

48.

49.

IX.    Mike Fiske;

X.    The Hartford Financial Services Group; herein referred to as "The Hartford"

50. The Harford Financial Services Group is a very non-traditional

holding company in the sense that they only hold subsidiaries of "The

Hartford" and all for the primary or exclusive purpose of selling and

servicing a variety of types of insurance.

51. Among the most notable and non-traditional practices of The

Hartford Financial Services Group is that a single CEO directs policy

across multiple subsidiaries whose independent corporate structures

do not go to the level of including a CEO. And all of the subsidiaries

of The Hartford, irrespective of their individual incorporation,

advertise themselves with the singular corporate identifier "The

Hartford."

52. In fact, it was revealed that The Hartford's counsel does not even

personally know which subsidiaries of The Hartford Financial

Services Group each of his clients is employed by. That information

can only be obtained through discovery; and The Hartford Financial

Services Group is the only subsidiary of which I am aware with access

120

to all of the involved employees and subsidiaries to even find out which one each defendant is actually employed by. The alternative is to guess from among The Hartford's hundreds of subsidiaries or to sue them all speculatively.

53. But for both The Hartford and for Berkshire Hathaway, their participation in the Onforce Insurance Enterprise involved more than one subsidiary as well as participants at the parent corporation to coordinate the roles of the various subsidiaries. In short, their assertion that "The Hartford Financial Services Group" is ONLY a holding company with no direct involvement in daily operations or even in the coordination of operations such as this across multiple subsidiaries is just flat untrue.

54. Furthermore, The Hartford Financial Services Group is unlike other holding companies in that the entire organization operates as a singular enterprise in a singular sector of the economy. There is no itemization between different divisions from the standpoint of a retail investor's liabilities. In other words, no matter what division or divisions of The Hartford Financial Services Group are affected by this liability; it makes no material difference to the retail investors in "The Hartford." Their profits or losses are shared across all divisions

of "The Hartford" anyway. To try to explain this by example and contrast Berkshire Hathaway has extensive investment in non-insurance companies like Coca-Cola. They have no control over Coca-Cola, and liabilities incurred by Berkshire Hathaway will rightfully not affect retail coca-cola shareholders. But a Berkshire Hathaway liability incurred by Berkshire Hathaway, the parent company, will and rightfully should affect Berkshire Hathaway investors; because that is what they were investing in.

55. A "Hartford" investor is investing in the entire insurance enterprise across all subsidiaries of "The Hartford." They know that they are incurring shares of the risk of any subsidiary of "The Hartford."  The common law principles which protect investors in a holding company do not apply when the holding company is designed explicitly to spread the profits and losses of their often mutual and shared business enterprises.

56. By OnForce's own marketing and admissions, "The Hartford" was one of the original architects of the OnForce insurance enterprise; and willingly lent their name to the enterprise both before and after the claims adjusters for "The Hartford" discovered and reported that OnForce was engaging in illegal insurance practices. And from all

points forward from their original discovery of OnForce's frauds, the claims adjusters and attorneys continued to advertise themselves as "Employees of The Hartford."

57. "The Hartford" including without limitation Twin City Fire Insurance, The Hartford Financial Services Group, and other yet undisclosed subsidiaries of "The Hartford" knowingly committed repeated and ceaseless acts of interstate wire and mail fraud with each email, letter telephone call, fax, or other electronic communication regarding my claim from January 30th, 2012 through the present date.

58. "The Hartford" has standard corporate liability for the damages done by their employees in the commission of fraud, irrespective of the rulings as to conspiracies, enterprises or other forms of combination in furtherance of these crimes; but which subsidiary directly holds that liability will require discovery.

59. However, because The Hartford Financial Services Group asserts its independence from its subsidicaries, it would also assume liability under the theory that the parent corporation conspired with the subsidiaries to evade liability; including without limitation their refusal to identify the true party in interest vis-à-vis which subsidiary is the employer of each of the involved coconspirators.

60. "The Hartford Financial Services Group" therefore shares at least a minimum level of liability which would preclude dismissal of the claims without the completion of discovery because they either made the corporate decision or allowed the corporate decision for all involved subsidiaries, employees and agents to advertise themselves as "The Hartford" in the commission of patterns of interstate wire and mail fraud; which they then engaged in fraud upon the court and suborning of perjury to cover up and evade liability.

61.

62.

XI.   Twin City Fire Insurance;

72. Twin City Fire Insurance was misidentified in the original pleading as "Twin Cities Fire Insurance" and refused to accept service on that grounds. However, a misnomer such as this is not grounds for dismissal, and Twin City Fire Insurance almost certainly has a corporate policy for when they are sued as "Twin Cities Fire Insurance." That policy of alleging that a misnomer as basic as this deprives the court of jurisdiction is a deceptive and unconscionable policy apparently designed to evade legal liability on the basis of an

argument that will never comply with Rule 11 according to all case law cited by the defendants on this point.

73. None the less, this amendment corrects the misnomer and asserts the strongest liability possible against Twin City, because above all other defendants, they had the duty to deny the jurisdiction of the workers compensation court from the very moment that they received notice that my attorney had filed a claim under the OnForce Insurance Enterprise.

74. It was one thing for The Hartford's claims adjusters to perpetuate these frauds against me on the telephone, and in doctors' offices and in courts of law. It is something else altogether for them to perpetuate this fraud against the Kansas Workers Compensation Court and then against the United States District Court for the District of Kansas. Their intrinsic frauds were not subject to sanctions or Rule 11 requirements. But any judgment that they might receive after committing fraud upon the court, especially to win a judgment on the quality of the pleadings rather than on the merits of the case, would not end the litigation or reduce anyone's expenses. It would just delay my medical care until I am even less able to defend myself. And it will require voluminous amounts of perjury to sustain. The prima

facie illegality of this insurance simply emphasizes the fact that

everyone who perpetuated these frauds after being notified that they

were frauds is required to conspire with dozens of others to evade all

liability. Only by confessing at the first moment that Twin City was

served could they assert that any other person or company  was liable

for the damages that have been caused after they entered their name as

Respondents in my work comp case.

75. My fate was sealed when Twin City agreed to defend OnForce where

they had no legal or contractual obligation to do so.

76. But Twin City's defense was instrumental in delaying law

enforcement or civil action against OnForce; so that they could have

the full eight months after my claim was filed to negotiate and close

the sale with Adecco; thus effectively barring my claims forever.

77. I don't know where to put this fact yet, but I want to make sure it is in

here.  After OnForce was sold to Adecco and it was made apparent to

everyone that this insurance was fraudulent and likely did not exist; IF

the Kansas workers compensation court had accepted jurisdiction at

all, they would likely have to pay for my medical care and benefits out

of the state's. But the more likely outcome, as I was advised by

attorneys and warned by the Department of Labor themselves would

126

be that my claim would just be summarily dismissed and me told to file in Federal court; or I would be prosecuted for fraud if I requested benefits once I knew that the court did not have jurisdiction and the insurance was likely fraud. But I was already on the record on August 13th, 2014 asking Judge Hursh to declare this fraud and throw my entire claim out of court.  When he refused, and retained jurisdiction, I had no choice but to go to Mr. Graham's offered physical therapy, because if I refused it, they could close my claim for non compliance and I would never even get a chance to obtain the evidence that I did not belong in the work comp court. It would have been dismissed for non-compliance instead of for lack of jurisdiction; and if it was dismissed for non-compliance, no court would restore my rights. It would have been ruled to be waiver. So I was advised to keep going to the doctors that they sent me to; but to not ask for benefits officially unless and until I could prove my full right to medical (which I could not do since I could not get a doctor to take a work comp patient or identify the Tarlov Cysts which I would only find out much later were even there.) And then I still had to either demand the evidence and win a motion to compel so that I could get my own case thrown out for lack of jurisdiction; or somehow settle the case without asking for

127

the court to issue a ruling. In other words, I could take anything that they offered; but to ask the court for an award could get me prosecuted for fraud. So I had to keep trying to get medical care and a lawyer; and I could not get either one.

78.

79.

80.

81. the original, insurance company respondent in my 2014 official workers compensation case. It is unknown if Twin City was actually involved prior to January 9th, 2014, as all communications between insurance adjusters and myself indicated only "The Hartford" as the insurer responsible for my injury expenses and benefits;

XII. "The Hartford" – is a placeholder using "The Hartford's" own nomenclature to represent any and all undisclosed subsidiaries of The Hartford Financial Services Group. The actual identities of the involved subsidiaries cannot be known until disclosed by court order; as demonstrated by "The Hartford's" decade long pattern of misrepresenting not only the nature and validity of this insurance but also the true names of the subsidiaries who are the true parties in interests. These claims will need to be supplemented appropriately

once "The Hartford" through any and all involved subsidiaries complies

with discovery and identifies the true party in interest.

XIII.    United States Liability Insurance;

91. Advertised as one of the founding creators of The OnForce Insurance

Enterprise and conspiracies alleged herein; United States Liability

Insurance was also the first identified subsidiary of Berkshire

Hathaway that created the conflict which led my attorney, Melinda

Young, on April  , 2014 to advise me not to sign the Nebraska

Furniture Mart Settlement Demands that I had sent her for her review.

92. As noted below and incorporated herein, Nebraska Furniture Mart

sued me over a $1300 debt collection for two Christmas gifts that I

purchased in December of 2011 which I defaulted on after my injury.

And I tried to pay for both items in full, though at different times; and

the second one only after the case had already gotten out of hand, in

January of 2013.

93.The problem was that in addition to Nebraska Furniture Mart's own

violations; they were demanding indemnification for all Berkshire

Hathaway subsidiaries, employees, executives, and agents; and I had

already been informed that my "workers compensation" claim would

likely need to be litigated in Federal court as fraud and racketeering;

but that would depend upon the contracts that OnForce always refused

to provide; so no attorney would take my case.

94. Work comp attorneys did not want an extra-complex workers

compensation case; and non-work comp attorneys did not want

anything with the words "work comp" attached to it in any way.

95. But I could not settle my claims with Nebraska Furniture Mart

demanding indemnification for all of Berkshire Hathaway.

96. So in addition to being one of the original members and architects of

the OnForce Insurance Enterprise; United States Liabillity Insurance

was the link between Nebraska Furniture Mart and OnForce through

Berkshire Hathaway which caused countless attorneys to deny

representation; and then ultimately caused my attorney to withdraw

from representation and conspire to defraud me in advance of the sale

of OnFOrce to Adecco.

97. It was asked explicitly of Merle Parks, who was representing

Nebraska Furniture Mart in making settlement demands to verify that

he had the authorization to negotiate on behalf of United States

Liability Insurance, Wessco, and Berkshire Hathaway; and instead of

even answering the question he just angrily declared that I obviously

did not want to settle, and just over one week later Michelle and I

were threatened with murder. But to be clear, I had already had the exact same settlement demands offered and rejected by my attorney, Melinda Young; and in the process of those "negotiations" Nebraska Furniture Mart was made fully and undeniably aware that I could not settle under Mr. Parks' demands, which were identical to the demands already rejected by my attorney a year and a half earlier…so they all knew that the conflict with my workers compensation or insurance fraud and racketeering claims against USLI, Berkshire Hathaway, and Wessco were the reason that I could not accept those demands.

98. But it is presumed that Ms. Butaud, Mr. Gatzoulis, and Mr. Parks were all aware that they could not negotiate a settlement on behalf of USLI, Berkshire Hathaway or Wessco without those companies' individual authorizations to do so; hence it was inferred from the making of the offer that they had the authorization from each of the involved Berkshire Hathaway companies to do so.

99. Either way, even if Nebraska Furniture Mart and their lawyers were to plead ignorance of the law and facts relevant; the effect was that they illegally made settlement demands which they knew that I could not accept and which they either did or did not know that they were authorized to make; and the effect was to perpetuate a $1300 debt

collection and illegal attempt to repossess Christmas presents into a threatened $70,000 judgment lien and loss of my home if I did not surrender all of my claims, including my claims against USLI, Berkshire Hathaway, and Wessco as enterprise participants or as coconspirators.

100.     USLIs participating in the OnForce enterprise was advertised from the very beginning on April 3rd, 2011 until some time after the sale of OnForce to Adecco on August 11th, 2014. And Wesscos involvement as OnForce's insurer of last resort continued until sometime after November  of 2017 when WorkMarket had taken ownership and full operation of the OnForce.com website and its incorporated insurance enterprise. This made Berkshire Hathaway the last of the remaining original enterprise members / coconspirators; and was the primary motivation alleged for the ultimate threats of murder when I refused to settle in December of 2015 with NFM.

101.

102.

XIV.    Berkshire Hathaway; the parent company of United States Liability Insurance as well as Nebraska Furniture Mart and Wessco.

132

112.    It is alleged that only Berkshire Hathaway, the parent company, could have authorized the attorneys for Nebraska Furniture Mart to demand Global Settlement Releases on behalf of United States Liability Insurance, Berkshire Hathaway, and Wessco; and that NFM's demand for that exact Global Settlement Release which I rejected was among the primary motivators for the threats of murder which were made against me by and through my wife, Michelle Safford.

113.    Berkshire Hathaway was one of the original architects, and likely THE original architect of the OnForce Insurance Enterprise alleged herein. This is discerned from the overall history of the enterprise from its inception to the current status under the ownership of WorkMarket.

114.    The OnForce Insurance Enterprise was originally conceived in 2009 at the request of Apple Computer; and it is believed that request was first introduced by Steve Jobs to Warren Buffett in seeking advice on how to compete with Best Buy's "Geek Squad" for onsite service of Apple computers without having to insure tens of thousands of onsite workers against on the job injuries. The solution that was suggested was to use the OnForce.com platform to exploit their

supply of "gig-economy" workers and small business employers. But to guarantee insurance, they had to create something entirely new, which Mike Fiske described as "a different kind of policy" when questioned on March 8th, 2012.

115.    What they created was a fraudulent arrangement where OnForce would charge fees to sole proprietors to be covered under their corporate workers compensation insurance. This would result in 10,000 or more onsite workers being covered under an work comp policy underwritten for only 5o office workers. But, OnForce would charge fees of two to three times the normal rate for workers compensation insurance, and charge it on a per work order basis, which could be for as little as fifteen minutes or as much as forty hours per week for months. It was, to put it mildly, purely fraud; and the plan was always to simply avoid paying benefits or medical care through the systematic abuse of workers compensation courts that The Hartford and Berkshire Hathaway already engaged in daily as a standard practice in defending against even legitimate workers compensation claims.

116.    And a integral part of the strategy, as trained by the attorneys at McAnany, Van Cleave and Phillips, it so always accuse the injured worker of faking, fraud or malingering as a pretext to deny benefits.

117.    Warren Buffett has openly bragged for decades about his creation of "Free Money" via float and underwriting profits in Berkshire Hathaway's insurance holdings. And the majority of underwriting profit in workers compensation is derived from abusive litigation tactics which often cross the lines into open and undeniable fraud. In the ideology of Berkshire Hathaway, if they win an workers compensation claim through expansive fraud and abusive litigation; it still counts as a claim that was "paid" according to what the court ordered them to pay. In other words, though Mr. Buffett knows and directs Berkshire Hathaway owned and controlled workers compensation insurers to maximize underwriting profits through abusive litigation tactics and delays such as those taught by McAnany, Van Cleave and Phillips; he does not consider it fraud and even brags about underwriting profits even though they "fully pay all claims.' But by "fully pay all claims" he means pay what the court orders them to pay, often after years of abuse and delays.

118.    It is also very well known that Warren Buffett has a particular affinity for Nebraska Furniture Mart. And because Mr. Buffett is one of the world's foremost experts on compounding of interests; it is inconceivable that he did not know intuitively and automatically what it took me a week to figure out about Nebraska Furniture Mart's allegedly deceptive and unconscionable financing and collections practices. Specifically, it is not possible to pay a NFM Special Zero Percent Interest purchase off on time unless you suspend all other use of the account and pay more than the advertised monthly minimums every month for the full 24 months to seventy two months that the special purchase is advertised for. In other words, you have to stop using the revolving charge account for two years to six years or every single purchase that you make, even up to six years later, will automatically put you behind schedule; and NFM ends up assessing millions of dollars in " accrued interest" against accounts where the consumer cannot even comprehend how they still owe 80 or 90% of the original purchase price five or six years later. It is because of the very clever way that they apply payments and cross collateralize purchases…and I only discovered it by accident because they sued me and refused to allow me to pay for one of the items in full on the first

136

day of court. This forced me to scrutinize my statements, and revealed this deception, which we then later had confirmed by a licensed CPA.

119.    This was in addition to the fact that they were trying to reposses Christmas gifts that by then belonged to the gift recipients; and they were demanding settlement terms that would surrender my rights to medical care or any form of legal relief, according to my attorney, Melinda Young.

120.    It was through the concerted efforts of Nebraska Furniture Mart, Berkshire Hathaway, USLI, and Wessco in perpetuating the OnForce insurance enterprise for as long as possible that I ended up stuck both in a workers compensation court with no jurisdiction and in a debt collection court for almost four years which put me on the path of intersection with The Supreme Court of Kansas and the Judges of The Johnson County KS District Court which would culminate with the threats of murder on December 15th, 2015 and the ultimate settlement of my claims against NFM under stated duress, signed in front of Judge Paul Gurney, on April 6th, 2016.

121.    By that time, my wife was gone. My relationship with my mother and brother and sister and my entire birth and extended family

was destroyed because they, like this court, could not believe that what I was saying was plausible or true.

122.   And now, as yousee, just this past week everything escalated to previously unimaginable levels. The level of my last flare up which landed me in the ER on Wednesday was the second most extreme flare up that I have experienced in eleven years. And the eleven years of fraudulent medical records have now evolved to an official diagnosis of "Accute Psychosis" and "Delusional Disorder" because with eleven years of recorded history of "mental illness" (which was only "High anxiety disorder" in March of 2012) I am now presumed to be completely delusional at all health care evaluations because the radiologists also keep reporting that there is nothing wrong with my spine.

123.   This is why it is realistically not possible to fully separate the claims of discrimination against people with Tarlov Cyst Disease from the claims of insurance fraud, racketeering, medical malpractice and threats of violence and murder.  By this point, everyone involved has a lot of crimes to cover up; but they don't have to do much else because they have already destroyed my body, my mind, and my

credibility to the point that judges don't even believe me when I file the evidence along with my claims.

124.     And I really just can't even think straight at the moment; and I am so far over the forty page suggestion by the court that I could never possibly reduce it, reorganize it, and craft it into anything acceptable by the court. And that means that once again at Midnight, I have to just file whatever I have in whatever state it is in; only now with a genuine threat of contempt or sanctions if it is thought  that I'm writing this way or this much for any reason that is actually within my control.

125.     I can't do something this complex with this much fear and this much pain. I haven't even been able to do small portions of it with almost three months to attempt it.

126.     To be clear, I've done research, I've written lots of drafts, created some visual aids (both for presentation and to try to keep my own thoughts about this impossible complexit organized.) Just no matter how hard I try or how differently I try I can't do it. The pain and the fear are both still crippling me; but all of the factual allegations are still true.

127.

XV.    Wessco

137.    Yet another BH subsidiary directly involved in the OnForce Insurance Enterprise which insured OnForce at the time that WorkMarket acquired them in 2017

138.    Wessco had been OnForce's workers compensation insurer of last resort since June of 2014, while my workers compensation claim was just heating up because Melinda Young had just gotten the evidence proving OnForce's frauds. CNA cancelled OnForce's insurance within the same month that Melinda Young first asked to withdraw from my case; and that is also when Wessco (Berkshire Hathaway) stepped in with their urgent settlement demands (put forth by NFM) which formed Ms. Young's stated, though not her actual, reason for withdrawing from my case.

139.    Wessco, therefore, first stepped in as the OnForce Insurance Enterprises insurer of last resort at exactly the moment that my case was attracting the first real official attention from the Kansas Department of Labor and Insurance Commission…and with just two months of the sale to Adecco, after which Wessco would continue as OnForce's "workers compensation insurer" until well after Adecco then solf OnForce to WorkMarket. Not only does the timing and the

specific acts recorded on August 13th, 2014 strongly suggest collaboration and planning between my lawyer and opposing counsel and the judge; but Berkshire Hathaway's simultaneously demanding settlement releases in the NFM case and insuring OnForce when CNA cancelled them and then for the next three years until the company was sold to WorkMarket demonstrates Berkshire Hathaway's increasing involvement in the OnForce Insurance Enterprise as more than just a stop-gap insurer. They were also dedicated to ensuring the ongoing enterprise in the long term until it could be sold to WorkMarket.

140.    And as with the other defendants, at all times during the duration of Wesscos involvement, they were aware of my needs for medical care and inability to secure it through any means other than Federal litigation.

141.

XVI.    Nebraska Furniture Mart, Inc.;

152.    NFM used their $1300 credit card debt collection as leverage to attempt to extort a Global Settlement Release to indemnify Berkshire Hathaway, United States Liability Insurance, Wesco, and all

141

employees, agents, and executives of every company involved in the

OnForce Insurance Enterprise.

153.     NFM ran up over $70,000 in legal fees attempting to repossess

two Christmas gifts that I purchased in December of 2011…the month

before I was injured.

154.     I alleged, and am alleging, that only with Berkshire Hathaway's

authorization could NFM have spent $70,000 in a $1300 debt

collection AND demanded the Global Settlement Releases from

which Berkshire Hathaway and its other named subsidiaries'

conspiracy and enterprise liability are inferred.

155.     Additionally, and perhaps at some level more important,

Nebraska Furniture Mart via their attorneys coordinated every abusive

act by the judges of the Johnson County Kansas District Court were

alleged to have gone far beyond judicial discretion and crossed

indisputably into active conspiracies with opposing counsel to

obstruct justice not just for my Nebraska Furniture Mart claims; but

also for the related claims against Berkshire Hathaway and its other

subsidiaries and conspirators or enterprise participants in the OnForce

Insurance Enterprise. In other words, even where the judges' actions

were within their jurisdiction in the NFM case; they knew and

142

Nebraska Furniture Mart knew, and their attorneys knew and

Berkshire Hathaway knew that the Johnson County  Kansas District

Court judges were intentionally, maliciously, and illegally conspiring

to obstruct justice in the related workers compensation or insurance

fraud claims in which they were therefore conspiring in obstruction of

a case over which they had a total lack of jurisdiction.

156.     Any immunity that the attorneys and judges in the NFM case

may have had relative to the NFM case itself; they did not have

relative to how their acts and practices in the NFM case obstructed

justice, Federal and State investigations, and obstructed my

fundamental civil rights to petition for redress in my insurance and

health care cases. The problem with such cross-case collaboration or

conspiracy is that you always end up committing violations relative to

the case in which you do NOT have immunity or litigation privilege.

157.     And that was why I had to fight at least a little bit for the tiny

changes to the NFM settlement demands that I did ultimately accept

under duress on April 6th, 2014. I was trying to create language that

would preserve at least my minimal rights to relief against Nebraska

Furniture Mart as well as their attorneys and parent and sibling

companies and agents and executives and employees that would

preserve at least a minimal claim under Federal jurisdiction so that I could file in a court that had not threatened me with murder if I was ever able to overcome my physical and mental health disabilities enough to write a proper and sufficient pleading.

158.    I was never able to do that, because I was never able to get any medical care or even proper diagnosis after the Tarlov Cysts were revealed to me and as the workers compensation claim continued to languish on the docket. I did monitor as much as I could to ensure that it did not get dismissed; and verified that I had legal rights to request "future medical" and to assert tolling and estopple on the basis of incapacity; but none of that mattered since I was never able to write anything sufficient for the court's higher pleading demands in Federal courts when compared to states.

159.    But the state court threatened to have me murdered; so I just had to try to get the medical care and get the evidence and get a lawyer or get healed enough to write something better myself; and then everyone including my church and my family began the next outrageous patterns of abuse…denying that Tarlov Cyst Disease is real and falsely slandering me as mentally delusional.

160.    I just have to say it again, because I do know how bad my writing is. It's not because I am delusional in any way. It's because I am severely disabled, severely depressed, severely anxious, hopeless, in unbearable physical pain, and afraid I'll get murdered if I ever do manage to write something proper, because no one can allow the truth about Tarlov Cyst Disease and workers compensation frauds committed by The Hartford and Berkshire Hathaway be fully exposed and litigated. The stakes for the defendants collectively kept going from millions to tens of millions, to billions to tens or even hundreds of millions when the scope of damages to people with Tarlov Cyst Disease, including thousands of wrongful deaths are factored in.

161.    So while I know that I rambled a lot right there; the point is that Nebraska Furniture Mart was the one that held and exploited the leverage that they created by running up $70,000 in legal fees on a $1300 revolving charge debt for almost four years until they extorted most of the Global Settlement demands that they wanted and my lawyer had advised me, as I already knew, had to be rejected to protect my rights ultimately to any medical care or benefits from any source whatsoever.

145

162.    And thus Nebraska Furniture Mart was Berkshire Hathaway's only leverage in furtherance of their part in the Onforce Insurance Enterprise; and Nebraska Furniture Mart, their attorneys, and the judges of the Kansas courts attempted to use that $70,000 in fraudulently created leverage to extort a Global Settlement Release right up until I rejected it the final time, a month and a half after finding out about the cysts, and a week and a half before we were threatened with murder. At the point when they knew that I would not and could not surrender my medical care because of this new medical finding; that is when they escalated to the threat of murder.

163.    And this is specifically how it happened.

164.    On December 14th, 2015 I filed a Motion for Change of Judge seeking the recusal of Judge Gurney because at the October 29th, 2015 Discovery Hearing, he and opposing counsel Jo Ann Butaud and Steve N. Gatzoulis conspired to enter documents into the record in my name and claimed that I filed them. I objected, and attempted to call Ms. Safford as a witness to prove that I did not file the documents, because Ms. Safford did all of my filing tasks for me. The judge and opposing counsel of course already knew that I did not file the documents, because they were all smirking and laughing and they or

course were the ones who filed the documents and claimed that I filed them.

165.    So I could not allow a judge who filed documents in my name and lied about it on the record to remain my judge. I filed the Motion for Change of Judge on December 14th, 2015 by fax; and Michelle delievered the bench copy to Judge Gurney on December 15th, 2015 on her way to work.

166.    When she came home that evening, she told me that she had been taken "behind the swinging doors" of the Kansas Supreme Court, where she was shown photographs, including Polariods, with which I would be blackmailed  and framed for the murder of a police officer's wife. She said that I would be murdered in jail and my murder made to look like a suicide; but that they would "let you leave the state with as much as you can carry."

167.    I contemplated it, and we talked about it endlessly for two weeks before things just got too weird and too scary; and I decided that I could not drop my claims or leave the state, and Michelle decided that she had to leave.

168.    This, by the way, is also the only reason that my mother was anywhere near me or one of my doctors. I had not driven in years and

147

my truck was running very poorly, my tags and drivers license were

expired; and I could not afford to fix or register or renew anything. I

needed a ride and my mother was my only option with Michelle gone.

169.

170.

XVII.    ==Warren Buffett;== Mr. Buffett is very well known to have a affinity for

Nebraska Furniture Mart among all of Berkshire Hathaway holdings. He is

also known as the first-hand architect (along with his partner, Charlie

Munger) of Berkshire Hathaway's insurance businesses, explicitly as a

method of generating "float"…which Mr. Buffett refers to as "Free Money"

to invest.

XVIII.    Carol Morris;

192.     Carol Morris was the claims supervisor at "The Hartford"

(unknown subsidiary) in March of 2012 who first officially declared

to me that OnForce "can't do that" when I reported their allegedly

fraudulent OnForce Insurance Enterprise.

193.     Ms. Morris was also asked to provide copies of contracts,

which she refused to do claiming that OnForce was her customer. And

when I reminded her that I paid for the insurance so I was her

customer too, she simply advised that I need a lawyer. When I asked

her if she could refer one she laughed, but said that no, she was not going to recommend a lawyer for me.

194.    Ms Morris continued in her supervisory role for the next four years, thus directly monitoring Laduska Anne Haney and all requests and approvals or denials for medical care and benefits in my case.

195.    Ms. Morris and Ms Haney are alleged along with Zeke Delgado to created and implemented the fraudulent practice that I described as 'staged non-compliance" where they would tell me to do one thing, then when I would do it, they would claim that they told me something else and fraudulently declare me non-compliant. They did this first in Februray of 2012, refusing to allow me a follow up visti with Dr. Wakwaya, then declaring me non-compliant when I did not follow up. They did it again in August of 2012, sending me letters denying my surgery, but telling Dr. Ciccarelli that they approved it. When I did not show up for presurgery labs, Dr. Ciccarelli falsified a document claiming that they could not get me on the phone and that I failed to show up for my labs and therefore my claim should be cloased for non-compliance.

196.    In both instances I was able to get Ms. Morris, Ms. Haney and/or Mr. Delgado to reopen my claims; but even when they did,

they still would not approve medical care or benefits; and the claim

languished and I went without any medical care at all until July of

2014 when I was given a one time evaluation by Dr. Clymer.

197.    Dr. Clymer admitted during his evaluation that Carol Morris

had approved an evaluation, but only at a reduced rate and only on a

single question…whether or not discectomy laminectomy would cure

my symptoms. His response was an ambiguous no; but without any

evaluation of my functional capacity; and as I would later find out,

without any acknowledgement of the growing Tarlov Cysts in my

sacrum.

198.

## XIX.    Laduska Anne Haney

208.    Laduska Anne Haney was my claims adjuster at "The

Hartford"; and she is alleged to have conspired with Carol Morris,

Carol Bates, Zeke Delgado, Rachel Stellbrink and others within

whatever subsidiary of "The Hartford" employed my claims adjusters

in the OnForce insurance Enterprise.

209.    Ms. Haney was the first to speak with me on February 10th,

2012; and from the basis of her questions I discerned that she

suspected something was wrong with the OnForce Insurance scheme.

She asked me whether I was an employee or a subcontractor, how I got my assignements, etc. and a whole series of such legal questions about the OnForce Insurance scheme before she even asked me a single medical question of for details of my injury. Her entire focus appeared to be on her suspicion that OnForce was committing fraud.

210.    But she none-the-less approved me for a one time visit to Concentra to see Dr. Wakwaya, which was immediately discovered to be the first act of staged non-compliance as described more fully above.

211.    Unlike Ms. Morris, Ms. Bates, or Mr. Delgado though, Ms. Haney was my assigned claims adjuster, and thus every telephone call, ever letter, every email or every other electronic communication from Ms. Haney was an independent predicate act in support of RICO violations.

212.    Even in the absence of RICO, enterprise, or conspiratorial liability however; Ms. Haney personally engaged in criminal frauds to obstruct me from getting medical care or benefits under an insurance enterprise which she undeniably knew to be illegal.

213.    Ms. Haney is alleged to have committed this pattern of frauds to retain control of my medical care including my choice of doctors or

151

treatment options; which control she could not retain if she admitted OnForce's frauds and simply refused to process the workers compensation claims. Thus she is alleged to have illegally seized control over the medical care of a disabled man with the intent to withhold medical care as an element of her cover ups of the frauds and as punishment retaliation for reporting these frauds to the Department of Labor, the Insurance Commission, and the Kansas judges named as defendants in this case.

214.

215.

XX.    Zeke Delgado

225.    Zeke Delgado was the supervisor to Carol Morris  who confirmed the alleged illegality of the OnForce Insurance Enterprise in March of 2012 yet none the less directed the entire cover up of OnForce's crimes through The Hartford's claims adjusters' fraudulent practices from at least March of 2012 until after the exhaustion of remedies via the Kansas Insurance Commission report on February 2nd, 2015.

226.     Mr. Delgado was the person who personally responded to the

Kansas Insurance Commission's inquiry with the false and fraudulent

letter which he filed

XXI.    John M. Graham, Jr.

XXII.   Steven G. Piland

XXIII.  "The Steven G. Piland Law Firm" is some division subsidiary of "The

Hartford" but not independently disclosed which other subsidiary they may

be a subsidiary of"

XXIV.   McAnany, van Cleave and Phillips

XXV.    Steve Sullivan

XXVI.   Susan Williams

XXVII.  Lisa Sullivan

XXVIII. Diana Rutherford, the estate of

XXIX.   Greg Goheen

XXX.    Darryl Wynn

XXXI.   Bretz & Young

XXXII.  The Bretz Law Firm

XXXIII. Matthew Bretz

XXXIV.  Melinda Young

XXXV.   Tim Elliott

XXXVI.      The Tim Elliott Law Firm

XXXVII.     Evans & Mullinix

XXXVIII.    Berman and Rabin

XXXIX.      Joann Butaud

XL.         Steve N. Gatzoulis

XLI.        Rachel Ommerman – Ommerman was conspiring directly with NFM

            attorneys in late 2015; including working together on briefs for the two

            distinct cases. The claims against Barclay's Bank and Berman and Rabin for

            the virus infection were settled; but the conspiracy that involved Judge

            James Vano and Ms. Ommerman indirectly in the threats of murder

            (exploiting those threats to extort the settlement releases signed in May of

            2016) is, I believe a separate crime, and one necessary for this court to

            understand and to believe that the threats from the Kansas Supreme Court

            and Johnson County Judges escalated to murder. Their apportionment of

            liability would presumably be small; but their role in the eventual murder

            threats is disproportionately large as the scandal of a law firm hacking

            computers and blackmailing people was disproportionately large compared

            to the financial damages paid. I don't know how to write that part at all; but

            it is valid reasoning none the less.

XLII.    Barclay's, by contrast, I am sure had no involvement beyond their own case and the crimes of their attorneys. I believe they were victimized also, but they still had an obligation to report the data breach; so that crime had other victims; but I did receive my compensation for that part, so Barclay's is not named as a defendant.

XLIII.    ALJ Kenneth Hursh

XLIV.    ALJ Jerry Shelor

XLV.    Chief Jusice Lawton Nuss. Faced with countless examples of corruption within the Kansas courts under his supervision; I believe that Chief Justice Nuss was the architect of the specific plan to have Michelle Safford kidnapped and taken to Topeka, KS

XLVI.    Michelle Safford, I believe is now contingently necessary, though the court rejected my second attempt to reopen the claims against her which were dismissed without even one word of ruling as to the unique merits of those claims.

XLVII.    Chief Judge Julie Robinson

XLVIII.    Judge Katherine Vratil

XLIX.    Judge Theresa James

L.    Judge Mitchell

LI.    Judge Schwartz

LII.    The United States of America

LIII.    Steven McAllister

LIV.    Tenth Circuit Court of Appeals Judges

LV.    Kansas Insurance Commission

LVI.    Kansas Department of Labor

LVII.    University of Kansas Hospital Authority

LVIII.    HCA Health Care

LIX.    AdventHealth

LX.    St. Luke's

LXI.    Coventry

LXII.    Blue Cross and BS

LXIII.    AmBetter

LXIV.    United Health Care

LXV.    Adam K. Berman

LXVI.    Judge Daniel W. Vokins

LXVII.    Judge Paul Gurney

LXVIII.    Chief Judge Kevin Moriarty

LXIX.    Judge James F. Vano

LXX.    Justice Lee Johnson

LXXI.    Concentra

LXXII.     Dr. Wakwaya

LXXIII.    Premier Spine Care

LXXIV.     Dr. John Ciccarelli

LXXV.      Johnson County Imaging

LXXVI.     Radiologist

LXXVII.    Pain Care

LXXVIII.   Dr. Bruning

LXXIX.     Dr. Clymer's Practice

LXXX.      Dr. Clymer

LXXXI.     Dr. Prostic's Practice

LXXXII.    Dr. Prostic

LXXXIII.   Dr. Ohiorhenuan

LXXXIV.    Dr. Mabry

LXXXV.     APRN Caldwell

LXXXVI.    Dr. Hardaway

LXXXVII.   Dr. Retsczinstinbitczfas

LXXXVIII.  Radiologist 2020

LXXXIX.    Radiol

XC.    ogist 2023

DEFENDANTS LIST AND SERVICE ADDRESSES:

XCI.   OnForce, Inc. c/o Twin City Fire Insurance;

     1.

XCII.   WorkMarket, is the successor to OnForce; having acquired OnForce in

August of 2017 while my workers compensation case was still pending in

the Kansas Workers Compensation Court

    1. After their acquisition of OnForce, WorkMarket continued to operate

OnForce.com as a separate unit while completing migration to fully

absorb OnForce service providers and buyers and OnForce's

insurance policies into the WorkMarket.com platform. As such,

WorkMarket assumed all pending operational liabilities of OnForce.

    2. Of additional note, WorkMarket even maintained the workers

compensation  insurance policy underwritten by Wessco, which was a

last-chance insurer for OnForce's alleged insurance racketeering

schemes arranged by Berkshire Hathaway to maintain OnForce's

operational status while they completed their successive sales from

OnForce, Inc. to Adecco and then subsequently from Adecco to

WorkMarket. (Exhibit, Kansas Workers Compensation Insurance

Validation



XCIII.

XCIV.    Peter Cannone;

XCV.    Mike Fiske;

XCVI.    The Hartford Financial Services Group;

XCVII.    Twin City Fire Insurance; the original, insurance company respondent in my

2014 official workers compensation case. It is unknown if Twin City was

actually involved prior to January 9th, 2014, as all communications between

insurance adjusters and myself indicated only "The Hartford" as the insurer

responsible for my injury expenses and benefits;

160

XCVIII.    ==“The Hartford”== – Represents yet undisclosed divisions of The Hartford

Financial Services Group in addition to Twin City Fire Insurance involved in

these alleged enterprises, conspiracies, and other violations. The adjusters

for example and the lawyers are known to be employees of “The Hartford”

but it is not known of which affiliated subsidiary they are actually

employed.;

XCIX.    ==The Hartford of Connecticut==: Owns the trademarks that all Hartford

divisions use when identifying to consumers as “The Hartford.” Also does

third party claimsa adjusting for other Hartford subsidiaries.

C.    United States Liability Insurance; advertised as one of the founding creators

of The OnForce Insurance Enterprise and conspiracies alleged herein;

CI.    Berkshire Hathaway; the parent company of United States Liability

Insurance as well as Nebraska Furniture Mart. It is alleged that only

Berkshire Hathaway, proper, could have authorized the attorneys for

Nebraska Furniture Mart to seek Global Settlement Releases on behalf of

United States Liability Insurance, Berkshire Hathaway, and Wessco (yet

another BH subsidiary directly involved in the OnForce Insurance Enterprise

which insured OnForce at the time that WorkMarket acquired them in 2017;

CII.    Wessco

CIII.   Nebraska Furniture Mart, Inc.; used their debt collection as leverage to
        attempt to extort a Global Settlement Release to indemnify Berkshire
        Hathaway, United States Liability Insurance, Wesco, and all employees,
        agents, and executives of every company involved. NFM ran up over
        $70,000 in legal fees attempting to repossess two Christmas gifts that I
        purchased in December of 2011…the month before I was injured. I alleged,
        and am alleging, that only with Berkshire Hathaway's authorization could
        NFM have spent $70,000 in a $1300 debt collection AND demanded Global
        Settlement Releases, from which Berkshire Hathaway's conspiracy and
        liability are inferred.

CIV.    Warren Buffett; Mr. Buffett is very well known to have a affinity for
        Nebraska Furniture Mart among all of Berkshire Hathaway holdings. He is
        also known as the first-hand architect (along with his partner, Charlie
        Munger) of Berkshire Hathaway's insurance businesses, explicitly as a
        method of generating "float"…which Mr. Buffett refers to as "Free Money"
        to invest.

CV.     Carol Morris;

CVI.    Laduska Anne Haney

CVII.   Zeke Delgado

CVIII.  John M. Graham, Jr.

CIX.    Steven G. Piland

CX.    "The Steven G. Piland Law Firm" is some division subsidiary of "The

Hartford" but not independently disclosed which other subsidiary they may

be a subsidiary of'

CXI.    McAnany, van Cleave and Phillips

CXII.    Greg Goheen

CXIII.    Darryl Wynn

CXIV.    Bretz & Young

CXV.    The Bretz Law Firm

CXVI.    Matthew Bretz

CXVII.    Melinda Young

CXVIII.    Tim Elliott

CXIX.    The Tim Elliott Law Firm

CXX.    Evans & Mullinix

CXXI.    Berman and Rabin

CXXII.    Joann Butaud

CXXIII.    Steve N. Gatzoulis

CXXIV.    Rachel Ommerman – Ommerman was conspiring directly with NFM

attorneys in late 2015; including working together on briefs for the two

distinct cases. The claims against Barclay's Bank and Berman and Rabin for

163

the virus infection were settled; but the conspiracy that involved Judge James Vano and Ms. Ommerman indirectly in the threats of murder (exploiting those threats to extort the settlement releases signed in May of 2016) is, I believe a separate crime, and one necessary for this court to understand and to believe that the threats from the Kansas Supreme Court and Johnson County Judges escalated to murder. Their apportionment of liability would presumably be small; but their role in the eventual murder threats is disproportionately large as the scandal of a law firm hacking computers and blackmailing people was disproportionately large compared to the financial damages paid. I don't know how to write that part at all; but it is valid reasoning none the less.

CXXV.    Barclay's, by contrast, I am sure had no involvement beyond their own case and the crimes of their attorneys. I believe they were victimized also, but they still had an obligation to report the data breach; so that crime had other victims; but I did receive my compensation for that part, so Barclay's is not named as a defendant.

CXXVI.    ALJ Kenneth Hursh

CXXVII.    ALJ Jerry Shelor

CXXVIII.    Chief Jusice Lawton Nuss. Faced with countless examples of corruption within the Kansas courts under his supervision; I believe that Chief Justice

164

Nuss was the architect of the specific plan to have Michelle Safford

kidnapped and taken to Topeka, KS

CXXIX.    Michelle Safford, I believe is now contingently necessary, though the court

rejected my second attempt to reopen the claims against her which were

dismissed without even one word of ruling as to the unique merits of those

claims.

CXXX.    Chief Judge Julie Robinson

CXXXI.    Judge Katherine Vratil

CXXXII.    Judge Theresa James

CXXXIII.    Judge Mitchell

CXXXIV.    Judge Schwartz

CXXXV.    Judge Daniel W. Vokins

CXXXVI.    Judge Paul Gurney

CXXXVII.    Chief Judge Kevin Moriarty

CXXXVIII.    Justice Lee Johnson

CXXXIX.    Concentra

CXL.    Dr. Wakwaya

CXLI.    Premier Spine Care

CXLII.    Dr. John Ciccarelli

CXLIII.    Johnson County Imaging

CXLIV.    Dr. Clymer

CXLV.    Dr. Prostic