IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**SCOTT B. SULLIVAN,**

          Plaintiff,

                                        **CIVIL ACTION**

**v.**

                                        **No. 22-2491-SRB**

**THE HARTFORD FINANCIAL SERVICES GROUP, INC.,**
**CAROL MORRIS,**
**LADUSKA ANNE HANEY,**
**ZEKE DELGADO,**
**MIKE FISKE,**
**TWIN CITIES FIRE INSURANCE COMPANY,**
**BERKSHIRE HATHAWAY,**
**UNITED STATES LIABILITY INSURANCE COMPANY,**
**UNKNOWN DEFENDANTS,**
**CONCENTRA,**
**TEGUMSEN WAKWAYA,**
**PREMIER SPINE CARE,**
**JOHN CICCARELLI,**
**AMY SLESKY,**
**ST. LUKE'S SOUTH PRIMARY CARE,**
**STEPHEN NOLKER,**
**DAVID CYMER,**
**EDWARD PROSIC,**
**JOHNSON COUNTY IMAGING,**
**JOHN M. GRAHAM, JR.,**
**THE STEVEN G. PILAND LAW FIRM,**
**STEVEN G. PILAND,**
**MELINDA YOUNG,**
**MATTHEW BRETZ,**
**THE LAW FIRM OF BRETZ & YOUNG,**
**TIM ELLIOT,**
**THE TIME ELLIOT LAW FIRM,**
**GREG GOHEEN,**
**DARRYL WYNN,**
**JODI FOX,**
**HONORABLE KENNETH HURSH,**
**HONORABLE JERRY SHELOR,**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS,**
**HONORABLE KATHERINE VRATIL,**
**HONORABLE ANGEL D. MITCHELL,**
**NEBRASKA FURNITURE MART,**
**HONORABLE PAUL C. GURNEY,**

2

**HONORABLE LAWTON NUSS,**
**HONORABLE LEE JOHNSON,**
**HONORABLE KEVIN MORIARTY,**
**ONFORCE,**
**WORKMARKET,**
**HONORABLE THERESA JAMES,**
**HONORABLE RACHEL SCHWARTZ,**
**HONORABLE JULIE A. ROBINSON,**
**MCANANY, VAN CLEAVE & PHILLIPS, P.A.,**

                            **Defendants.**

## JUDGMENT IN A CIVIL CASE

**(  )    JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )    DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order filed July 27, 2023, this action is **DISMISSED** without prejudice.

Dated: 7/27/2023                                    SKYLER B. O'HARA, CLERK

                                                    s/ Andrea Schreyer
                                                    Deputy Clerk