# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SCOTT B. SULLIVAN                  )

Plaintiff                         )

v.                                )     CASE NO: 2:22-cv-02491-SRB

THE HARTFORD FINANCIAL            )
SERVICES GROUP, et.al.
                                  )
Defendants

## PLAINTIFF'S NOTICE OF APPEAL

Out of an abundance of caution I hereby serve NOTICE OF APPEAL  of the final

judgment and all interlocutory orders, including without limitation those listed

below:

| 7/27/2023 | 186 | JUDGMENT. Pursuant to the Order filed July 27, 2023, this action is dismissed without prejudice. Signed by deputy clerk on 7/27/2023. (mam) (Entered: 07/27/2023) |
|-----------|-----|---|
| 7/27/2023 | 185 | ORDER denying 184 Motion for Leave to Exceed Page Limitations. Pro Se Plaintiff Scott B. Sullivan was directed to file a Second Amended Complaint under fifty pages and failed to do so. This case is dismissed without prejudice. Signed by District Judge Stephen R. Bough on 7/27/2023. (mam) (Entered: 07/27/2023) |

| 7/7/2023 | 183 | ORDER. Plaintiff is directed to file a Second Amended Complaint that shall not exceed fifty pages. Plaintiff is further directed to file the Second Amended Complaint on or before July 24, 2023. All pre-trial deadlines, discovery, and related deadlines including initial disclosures are STAYED until after Plaintiff's Second Amended Complaint is filed. See Order for full details. Signed by District Judge Stephen R Bough on 7/7/2023. (as) (Entered: 07/07/2023) |
|---|---|---|
| 6/28/2023 | 167 | ORDER re 166 Amended Complaint filed by Scott B. Sullivan. Plaintiff has added several additional defendants to this litigation. Plaintiff failed to seek leave from this Court to add additional parties to this case, in violation of Federal Rule of Civil Procedure 15(a)(2). Accordingly, it is ORDERED that any defendant who was not included in Plaintiff's initial Complaint (Doc. 1 -1) is DISMISSED from this litigation, and the Clerk of the Court is directed to not include these parties in this case. Signed by District Judge Stephen R Bough on 6/28/2023. (ca) (Entered: 06/28/2023) |
| 5/15/2023 | 159 | ORDER denying as moot 158 MOTION for extension of time to serve summonses. Signed by District Judge Stephen R Bough on 5/15/2023. (kas) (Entered: 05/15/2023) |
| 5/10/2023 | 157 | ORDER granting 152 Motion to Stay Discovery; granting 156 Motion to Stay Discovery. All pre-trial deadlines, discovery, and related deadlines including initial disclosures are stayed until after Plaintiff's Amended Complaint is filed and the Court resolves all motions to dismiss filed in response to the Amended Complaint. The scheduling conference set for May 18, 2023, is now canceled and will be reset if necessary. This order to stay applies to all parties in this case. Signed by District Judge Stephen R Bough on 5/10/2023. (ca) (Entered: 05/10/2023) |

| | | |
|---|---|---|
| 5/8/2023 | 153 | MEMORANDUM IN SUPPORT of 152 MOTION to Stay Discovery by Defendants Matthew Bretz, Concentra, Zeke Delgado, Tim Elliot, Mike Fiske, Jodi Fox, John M. Graham, Jr, Paul C. Gurney, Laduska Anne Haney, Kenneth Hursh, Lee Johnson, Law Firm of Bretz & Young, The, McAnany, Van Cleave & Phillips, P.A., Kevin Moriarty, Lawton Nuss, Steven G. Piland, Edward Prostic, Jerry Shelor, Steven G. Piland Law Firm, The, Tim Elliot Law Firm, The, Tegumsen Wakwaya, Darryl Wynn, Melinda Young(Scott, Tyler) (Entered: 05/08/2023) |
| 5/8/2023 | 152 | MOTION to Stay Discovery by Defendants Matthew Bretz, Concentra, Zeke Delgado, Tim Elliot, Mike Fiske, Jodi Fox, John M. Graham, Jr, Paul C. Gurney, Laduska Anne Haney, Kenneth Hursh, Lee Johnson, Law Firm of Bretz & Young, The, McAnany, Van Cleave & Phillips, P.A., Kevin Moriarty, Lawton Nuss, Steven G. Piland, Edward Prostic, Jerry Shelor, Steven G. Piland Law Firm, The, Tim Elliot Law Firm, The, Tegumsen Wakwaya, Darryl Wynn, Melinda Young (Scott, Tyler) (Entered: 05/08/2023) |
| 4/25/2023 | 147 | SUMMONS RETURNED UNEXECUTED by Scott B. Sullivan as to Paul C. Gurney. (jsh) (Entered: 04/25/2023) |
| 4/25/2023 | 146 | SUMMONS RETURNED UNEXECUTED by Scott B. Sullivan as to Twin Cities Fire Insurance Company. (jsh) (Entered: 04/25/2023) |
| 4/20/2023 | 141 | OBJECTION(S) to ORDER REGARDING AMENDMENT OF COMPLAINT by Scott B. Sullivan. (Sullivan, Scott) (Entered: 04/20/2023) |
| 4/17/2023 | 137 | SUMMONS RETURNED UNEXECUTED by Scott B. Sullivan as to Greg Goheen. (jsh) (Entered: 04/17/2023) |

| 4/12/2023 | 131 | ORDER denying without prejudice 128 Defendant Melinda Young's Motion to Dismiss and Memorandum in Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/12/2023. (as) (Entered: 04/12/2023) |
| 4/11/2023 | 127 | ORDER denying without prejudice 123 Defendant The Hartford Financial Services Group, Inc.'s Motion to Dismiss and Memorandum in Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/11/2023. (as) (Entered: 04/11/2023) |
| 4/11/2023 | 126 | ORDER denying without prejudice 122 Defendant Laduska Ann Haney's Motion to Dismiss and Memorandum In Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/11/2023. (as) (Entered: 04/11/2023) |
| 4/10/2023 | 124 | ORDER denying without prejudice 118 Defendant Concentra's Motion to Dismiss Plaintiff's Complaint. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R. Bough on 4/10/2023. (as) (Entered: 04/10/2023) |

| 4/7/2023 | 117 | ORDER denying without prejudice 101 Defendant Berkshire Hathaway Inc.'s Motion to Dismiss and Memorandum in Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R. Bough on 4/7/2023. (as) (Entered: 04/07/2023) |
|---|---|---|
| 4/7/2023 | 116 | ORDER denying without prejudice 103 Defendant United States Liability Insurance Company's Motion to Dismiss and Memorandum in Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |
| 4/7/2023 | 115 | ORDER denying without prejudice 96 Defendant Nebraska Furniture Mart's Motion to Dismiss. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |
| 4/7/2023 | 114 | ORDER denying without prejudice 95 Defendant John M. Graham, Jr.'s Motion to Dismiss and Memorandum in Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |

| 4/7/2023 | <u>113</u> | ORDER denying without prejudice 93 Defendant Dr. Tegumsen Wakwaya's Motion to Dismiss Plaintiff's Complaint. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |
|---|---|---|
| 4/7/2023 | <u>112</u> | ORDER denying without prejudice 91 Defendants McAnany Van Cleave & Phillips, P.A., Jodi Fox and Deryl Wynn's Motion To Dismiss And Memorandum In Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |
| 4/7/2023 | <u>111</u> | ORDER denying without prejudice 90 Motion to Dismiss. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |
| 4/7/2023 | <u>110</u> | ORDER denying without prejudice 89 Defendant Zeke Delgado's Motion to Dismiss and Memorandum in Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |

| 4/7/2023 | 109 | ORDER denying without prejudice 88 Defendant Bretz & Young, LLC's Motion to Dismiss and Memorandum in Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |
|---|---|---|
| 4/7/2023 | 108 | ORDER denying without prejudice 83 Defendants Steven G. Piland and Steven G. Piland Law Firm's Motion to Dismiss and Memorandum in Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |
| 4/7/2023 | 107 | ORDER denying without prejudice 79 Defendants Elliott Law Firm, LLC And Tim Elliott's Motion to Dismiss. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/7/2023. (as) (Entered: 04/07/2023) |
| 4/6/2023 | 106 | ORDER denying without prejudice 78 Defendant Edward Prostic's Motion to Dismiss or in the Alternative for a More Definitive Statement and Memorandum in Support. Plaintiff Scott B. Sullivan is directed to file an Amended Complaint on or before April 25, 2023. Plaintiff's failure to timely comply with this order will result in this case being dismissed without further notice. Signed by District Judge Stephen R Bough on 4/6/2023. (as) (Entered: 04/06/2023) |
| 4/6/2023 | 105 | ORDER denying without prejudice 67 Joint Motion of |

<u>Defendant Kenneth Hursh in His Official Capacity and
Defendant Jerry Shelor in His Official Capacity as
Employees of The Kansas Department of Labor to Dismiss.
Plaintiff Scott B. Sullivan is directed to file an Amended
Complaint on or before April 25, 2023. Plaintiff's failure to
timely comply with this order will result in this case being
dismissed without further notice. Signed by District Judge
Stephen R. Bough on 4/6/2023. This Order and Civil
Complaint Form mailed to pro se party Scott B. Sullivan by
regular mail. (as) (Entered: 04/06/2023)</u>

## STATEMENT OF URGENCY AND GOOD FAITH

While acknowledging this to be a premature Notice of Appeal, it appears that
under current case law a Motion to Alter Judgment under Rule 59(e) may, or may
not, toll the time for filing notices of appeal if the Motion is ruled to be improper
for any reason. As nearly everything that I file is ruled to be improper for some
reason, including purely technical reasons like voluminosity, incompleteness,
rambling, poor spelling, ignorance, incoherence, disability, mental illness, etc. I
must preserve my rights in order to preserve my life. This includes reserving my
rights to correct any and all errors and omissions arising from my severe disability,
mental illness and incapacity, even where I make mistakes.

I cannot stress this urgently enough…ALL of my disabilities are the result of these
defendants' illegal actions in obstructing me from justice and access to medical

care; including their collective efforts to illegally seize control of my medical care in courts in the complete absence of jurisdiction, and to retain control in such non-jurisdictionally authorized courts through acts of fraud, fraud upon the court, perjury, witness/victim/whistleblower intimidation, harassment, interference and retaliation, including threats of violence and murder, and including the ongoing collaborative efforts to prevent me and millions of others from receiving the medical care that we need.

As sad as it is that I must say this, even the tiniest of my mistakes has been used against me to push me closer and closer towards a wrongful death; and not a single person who has ever been asked to cease and desist their fatal crimes has either ceased or desisted.

Several have even told me explicitly that they consider it irrelevant to the legal process and the adjudication of my claims that I could die as a result of their actions; and irrelevant that thousands have already died whose deaths could have been prevented through the protective declaratory and injunctive orders that I seek. Meanwhile, all of the defendants and their counsel have made it clear through their ongoing illicit actions, as well as inaction where action is required, that they feel the same way…that the potential for thousands of wrongful deaths is irrelevant; but that their rights to cause or contribute to thousands of wrongful death free from

fear of consequences…and even free from the burdens of answering questions… is the only important right to be preserved by the court.

The urgency of rapid handling of these appeals and underlying legal issues is this: more people die every day that they are disenfranchised from the medical care that they need through the illegal acts and practices of these defendants and others like them.

Every day that justice is delayed in these matters, people die; and there is no one else in The United States of America advancing these issues in such a way as to seek protection for *all* similarly situated victims of the practices alleged herein.

We cannot wait for someone else to file an appropriate class action for our protection. We require the courts' extensive powers in equity to protect us; and we require swift adjudication of the legal disputes to invoke those equitable powers for our protection, and to end the obstructive practices which are delaying access to life saving medical care to millions of people, thousands of whom die every year.

While acknowledging this to be more than is required of a Notice of Appeal; I feel that it is necessary to prevent the ongoing vexatious defense tactics of the defendants from delaying our necessary and rightful pleas for relief.

Ten more people will die tomorrow, and every day after that until a nationwide solution to these nationwide problems is resolved. Notice must be given of the

urgency of the need for swift action in addition to the intent to pursue appellate review of the orders, judgments, and the procedures under which they were procured.

Oral argument and an opportunity to present evidence demonstrating the urgency of these requests is hereby requested, should either the court or any opposing party or counsel require such to expedite the life-saving relief which is requested in these proceedings; and demand is made of all involved persons to make reasonable inquiries under the circumstances before opposing such relief in any writing filed with the court.

I hereby affirm that every request which I have or ever will file with the court is fully compliant with Rule 11, to wit:

(b) REPRESENTATIONS TO THE COURT. By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;

(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

Furthermore, to the extent possible, I ask that the District Court and Tenth Circuit Court of Appeals make whatever arrangements are necessary and within their power to expedite the docketing, briefing, and ruling upon the issues of this appeal, including without limitation appointing counsel for the proper presentation of all of these requests for relief necessary for the preservation of my health and life; and for the preservation of the health and lives of millions just like me.

Appropriate Motions will be filed as I am capable; however my capabilities are further impaired with every day, month and year that the defendants and the court stand in opposition to my access to medical care imminently necessary for the preservation of my life, and the lives of thousands of others.

_____

Scott B. Sullivan
7214 W 71st Terrace
Overland Park, KS 66204
[No active telephone service]
scott@nerd-911.com

Certificate of Service: The foregoing has been served via ECF upon all named defendants this day, 8/26/2023

_____

12